13-3605

EXHIBIT   1

SCANNED

DEC 2 3 20

U.S. DISTRICT COURT MPLS

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TXu 1-734-882**

**Effective date of
registration:**

January 5, 2011

---

## Title

**Title of Work:** K59=RA1

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Olga Issaenko

**Author Created:** compilation

**Citizen of:** Russia (Federation)          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Olga Issaenko

3700 Westmark Drive, Minnetonka, MN, 55345, United States

## Rights and Permissions

**Organization Name:** Mansfield Tanick & Cohen, P.A.

**Name:** Susan Stephan

**Email:** sstephan@mansfieldtanick.com          **Telephone:** 612-339-4295

**Address:** 1700 U.S. Bank Plaza South

220 South Sixth Street

Minneapolis, MN 55402 United States

## Certification

**Name:** Susan H. Stephan

**Date:** January 5, 2011

EXHIBIT  2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TXu 1-735-042

**Effective date of
registration:**

January 6, 2011

---

## Title

**Title of Work:** P5341-SAHA-CHLOROQUINE COLLECTION

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Olga Issaenko

  **Author Created:** compilation

  **Citizen of:** Russia (Federation)          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Olga Issaenko

3700 Westmark Drive, Minnetonka, MN, 55345, United States

## Rights and Permissions

**Organization Name:** Mansfield, Tanick & Cohen, P.A.

**Name:** Susan Stephan

**Email:** sstephan@mansfieldtanick.com          **Telephone:** 612-339-4295

**Address:** 220 South Sixth Street, Suite 1700

Minneapolis, MN 55402  United States

## Certification

**Name:** Susan Stephan

**Date:** January 6, 2011

---

EXHIBIT   3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TXu 1-735-041

**Effective date of registration:**

January 6, 2011

---

## Title

**Title of Work:** DUBS COLLECTION

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Olga Issaenko
  **Author Created:** compilation

  **Citizen of:** Russia (Federation)     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Olga Issaenko

3700 Westmark Drive, Minnetonka, MN, 55345, United States

## Rights and Permissions

**Organization Name:** Mansfield, Tanick & Cohen, P.A.

**Name:** Susan Stephan

**Email:** sstephan@mansfieldtanick.com     **Telephone:** 612-339-4295

**Address:** 220 South Sixth Street, Suite 1700

Minneapolis, MN 55402  United States

## Certification

**Name:** Susan Stephan

**Date:** January 6, 2011

---

EXHIBIT   4

# UNIVERSITY OF MINNESOTA

**Masonic Cancer Center**

*Suite 310*
*925 Delaware St SE*
*Minneapolis, MN 55414*

*612-624-8484 phone*
*612-625-1620 fax*

September 14, 2009

Olga A. Issaenko, Ph.D.
3700 Westmark Drive
Minnetonka, MN 55345

Dear Dr. Issaenko:

It is with pleasure that we offer you a full-time (100%) civil service position as a Scientist, #8352 in the Masonic Cancer Center at the University of Minnesota. This position was posted with requisition number 162591. Your annualized salary will be $42,000 and you are scheduled to start on September 28, 2009. Shortly after you begin work, Dr. Martina Bazzaro, your supervisor, will meet with you to discuss the expectations of your performance and the performance review process. This position requires a probationary period of 12 months (2080 work hours). Performance appraisals will be conducted at both the mid-point and end of your probationary period. For detailed information, we encourage you to review the official version of the Civil Service Rules on the Office of Human Resources web site, at http://www1.umn.edu/ohr/policies/governing/civilrules/index.html.

You will be covered by Social Security and the Minnesota State Retirement System; and be eligible for UPlan health, life, and dental insurance programs. Based on a start date of September 28, UPlan health benefits will become effective on October 1, 2009. Detailed information about these and additional optional benefit programs is included in the enclosed folder and available on-line at http://www1.umn.edu/ohr/benefits/index.html. You may also call the Employee Benefits department at 612-624-9090. The left-hand side of the folder contains information of general interest. The right-hand side of the folder contains documents required for your appointment. It is important that you complete and return these documents as soon as possible. You will be paid biweekly on the Wednesday 10 days following the end of the pay period and should receive your first pay check on October 21, 2009.

If you understand and agree to the above-mentioned conditions of your employment, please sign and return this offer letter along with the appointment documents. This letter will be placed in your personnel file.

We look forward to meeting you on September 28. At 2:00pm, you will meet with Susan Collins and Melissa Daufelt for a brief orientation in suite 310 of the Dinnaken Office Building located at 925 S.E. Delaware St. Minneapolis, MN 55414. Feel free to contact Melissa at 612-626-3410 or daufe002@umn.edu if you need any administrative assistance prior to your orientation.

Welcome to the Masonic Cancer Center!

Susan W. Collins
Director, Finance & Operations

Martina Bazzaro, Ph.D.
Assistant Professor

Accepted: _____          Date: _____

## NCI CCC

A Comprehensive Cancer
Center Designated by the
National Cancer Institute

EXHIBIT   5

- <u>Working at the University</u>
- <u>Using the Employment System</u>
- <u>Questions?</u>

- Welcome **Issaenko, Olga**. You are logged in.

# Posting Details

<u>Return to Application Status</u>
  <u>Printer-Friendly Version</u>

**Position Information**

Job Code and Title
(8352) Scientist
Position Title
Scientist
Job Code
8352
Requisition Number
162591
Position Category
Staff - Professional Non-Faculty
Appointment Term
A = 12 month
Appointment Type
Continuing (1)
Work Hours

Work Days

Total Hours or % Appointment

Full/Part-time
Full-Time
Starting Hourly Rate

Department Name
Cancer Center (652A)
College or Admin Unit
Academic Health Center

Campus Location
Twin Cities
Job Open Date
08-19-2009
Job Close Date
08-27-2009
Internal Promotional Consideration
08-26-2009
Required/Preferred Qualifications
REQUIRED QUALIFICATIONS (must be documented on application/resume):
M.S. degree in Molecular Biology, Tumor Biology, or related field AND two (2) years biomedical work experience; OR a combination of biomedical education and experience to total (8) years. Must have experience with molecular biology techniques including cell culture and transfection, plasmid preparation and mutagenesis, protein preparation, co-immunoprecipitation, and Western blotting analysis. Willingness to work with infectious agents and animal models.

PREFERRED QUALIFICATIONS: Excellent communication skills are necessary. Occasional flexibility required to accommodate research. Experience working with animal models (breeding, management, dissection, genotyping). Ability to work independently and participate in experimental design, collect and analyze data; make presentations at professional meetings; participate in drafting proposals to procure research funding. Demonstrated experience managing a research laboratory.
Duties/Responsibilities
A scientist position is available in the laboratory of Dr. Martina Bazzaro at the Masonic Cancer Center at the University of Minnesota. This position will employ molecular biology approaches for studying the role of protein degradation pathways in cancer setting for targeted treatment of ovarian and cervical cancer. This position is responsible for independently performing a full range of tasks for assigned research projects.

70%: Responsible to conduct research investigations from experimental design and reagent preparation to interpretation of experimental results. Evaluate, suggest alternate methods, modify or develop new procedures and techniques to aid in the investigation of a total research problem or program.

20%: Analyze research data. Write reports and papers on research results. Author or co-author manuscripts for publication. Make presentations at professional meetings. Discuss and plan new avenues of investigation. Assist in drafting proposals to procure research funding. Required meetings with supervisor.

10%: Laboratory management including inventory of laboratory supplies, reagents, and equipments. Train new personnel, including undergraduate and graduate students. Ensure compliance with necessary record keeping for all members of the Lab.
Program/Unit Description

Application Instructions

Does this position require a background check?
No Response
Send Link to a Friend :
employment.umn.edu/applicants/Central?quickFind=82361
Return to Application Status


NOTE:   To protect the security of your application information, please logout of the site and close your browser window when you are finished.

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Tuesday, August 11, 2009 1:27 PM
To: Olga Issaenko
Subject: RE: Position

Olga,

I did talk to the Cancer Center people. We can put an ad for a Scientist.
You will have one year probation, the salary will be around the same your were makig before and you will have promotional opportunity to Sr.
Scientist level contingent to my grant situation (the sooner the better for both of us).
The ad will sound like:
"This position is responsible for performing a full range of tasks for assigned research projects.
70%: Responsible to conduct research investigations from experimental design and reagent preparation to interpretation of experimental results.
Evaluate, suggest alternate methods, modify or develop new procedures and techniques to aid in the investigation of a total research problem or program.
20%: Analyzes research data. Write reports and papers on research results.
Author or co-author manuscripts for publication. Discuss and plan new avenues of investigation. Assist in drafting proposals to procure research funding. Required meetings with supervisor.
10%: Laboratory management including inventory of laboratory supplies, reagents, and equipments.
Train new personnel, including undergraduate and graduate students. Ensure compliance with necessary record keeping for all members of the Lab".

Let me know if you feel confortable with that.
Take care
Martina


On Aug 10 2009, Olga Issaenko wrote:

>Hi Martina,
>
> I appreciate very much your high evaluation of my qualifications and
> the offer.
>
> I just spoke to people in Human Resources to clarify the Senior Lab
> Technician position and they told me that it is a
> technical/paraprofessional position not a research/science position.
> Normally it is for someone with high school diploma only and people
> hired on this position are performing custodian type of duties like
> trash disposal, dishwashing, autoclaving, etc. Honestly, after what
> was said, I started to worry how this will look in my CV and what
> impact on my professional development it might have in the future.
>

> They also told me that the way to go will be maybe posting a Civil
> Service Position, such as Senior Scientist. These positions are of
> research nature and different salary range, and are more suitable for
> someone with my level of education/experience.
>
> I am not sure if this is (posting a different position) something you
> and/or Cancer Center would consider but I thought we might give it a try.
>
>Please let me know what you think!
>I appreciate your consideration very much.
>
>Best wishes,
>
>Olga
>
>-----Original Message-----
>From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
>Sent: Monday, August 10, 2009 12:59 PM
>To: Olga Issaenko
>Subject: Position
>
>Hi Olga,
>
>it was a pleasure to meet you too.
>As I told you before I was impressed with your qualifications and
>personality and I would like to offer you the position if you are still
>interest.
>Of course, a formal offer will have to come from the Cancer Center and
>it will take a week or two to be completed. What I can anticipate is
>that salary wise I wish I could match the 42,000$ that you were making
>before but they (Cancer Center) will not let me do that. That is mainly
>because the position that you held before was different (RA). The
>salary that they  are allowing me to offer will probably be around
>38,000-39,000$(this is  the maximum salary they will let me pay a
>Research Assistant no matter the qualifications). The good news is that
>if things work out well (and I am confident they will) and I can get
>more grant money I am allow to promote you and I know that is
>important for you also, beside the finantial aspect.
>Any how, let me know what your feelings are about it and I will start
>to shake things around with the Cancer Center.
>Thank you.
>Take care.
>Martina
>
>
>On Aug 4 2009, Olga Issaenko wrote:
>
>>Dear Martina,

>>
>> I would like to thank you very much for the opportunity to meet you
>> today. It was my pleasure.
>>
>>Best wishes,
>>
>>Olga
>>
>>
>>-----Original Message-----
>>From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
>>Sent: Friday, July 31, 2009 11:14 AM
>>To: Olga Issaenko
>>Subject: Moos 12-280
>>
>>Hi Olga,
>>
>>sorry I did not tell you where to meet.
>> While the laboratory is actually at the Cancer Center, my office is
>>located in the Moos Tower 12th floor, room 280. My name is on next to
>>the door.
>>See you on Tuesday.
>>Take care
>>Martina
>>
>>On Jul 31 2009, Olga Issaenko wrote:
>>
>>>Dear Martina,
>>>
>>> I am glad to hear from you! Yes, I definitely will be available next
>>> Tuesday at 1pm and will be happy to meet.
>>> Please let me know what is your location - is your office in Moos
>>> Tower or Cancer Center Building?
>>>
>>>I am looking forward to our meeting.
>>>Best regards,
>>>Olga
>>>
>>>
>>>
>>>-----Original Message-----
>>>From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
>>>Sent: Friday, July 31, 2009 10:33 AM
>>>To: Olga Issaenko
>>>Subject: Re: Position in your lab
>>>
>>>Hi Olga,
>>>

>>>sorry for the delay in getting back to you.
>>>I am positively impressed with your CV and credentials and would like
>>>to meet with you to discuss about the possibility of you joining my
>>>laboratory.
>>>Does next Tuesday at 1.00 p.m works for you?
>>>Please let me know.
>>>Take care
>>>Martina
>>>
>>>
>>>
>>>On Jul 24 2009, Olga Issaenko wrote:
>>>
>>>>Dear Dr. Bazzaro,
>>>>
>>>>My name is Olga Issaenko and I have a PhD degree in
>>>>genetics/biology. I found your job post at the University web-site
>>>>and would like to ask you for possible consideration for the
>>>>research position in your lab.
>>>>
>>>> I held a Research associate position at the University of Minnesota
>>>>for the last seven years. The area of my research interest is the
>>>>control of carcinogenesis. For the past few years I have been
>>>>working in collaboration with Prof. Peter Bitterman (Dept. of
>>>>Medicine) and Prof. Vitaly Polunovsky (Cancer Center) and Dr. Peter
>>>>Dahlberg (Dept. of Surgery) to study the translational control in a
>>>>variety of cancers and to develop a novel compounds targeting the
>>>>translational apparatus machinery. The results of my work on
>>>>breast cancer model have been published in Cancer Research, July,
>>>> 2007 and esophageal cancer data are in preparation to be submitted
>>>>to Cancer Research.
>>>>
>>>> The area of your research is very attractive to me and this is why
>>>>I decided to inquire.
>>>>
>>>> I have an extensive research experience and strong background in
>>>>the fields of developmental and cell/ molecular biology, cancer
>>>>biology and mutagenesis, insect, rodent and human cell culture;
>>>>biochemistry and bioassays, immunochemistry and microscopy. My
>>>>prior experience also includes testing of drugs and compounds on
>>>>different animal models, development of bioassays and protocols.
>>>>Over the past 16 years in the research laboratory setting I gained
>>>>the substantial research skills and knowledge along with the
>>>>teaching experience and laboratory management skills.
>>>>
>>>>My appointment with the University expired recently and I would love
>>>>to return to scientific work which I love. I believe that my
>>>>research experience, skills and knowledge make me highly qualified

>>>>for the  Scientist position in your lab.
>>>>
>>>>Please find enclosed my Curriculum Vitae and names and addresses of
>>>>my referees.
>>>>
>>>>I would sincerely appreciate your consideration.
>>>>
>>>>Thank you so much,
>>>>
>>>>Olga
>>>>
>>>>Olga A. Issaenko, Ph.D.
>>>>
>>>>Home (952)935-3364
>>>>
>>>>Issaenko@msn.com
>>>>


--
Martina Bazzaro, Ph.D.
Assistant Professor
Masonic Cancer Center and
Department of Obstetrics, Gynecology and Women's Health University of Minnesota, Twins Cities
Minneapolis, MN 55455
e-mail: mbazzaro@umn.edu

EXHIBIT   6

**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Monday, March 22, 2010 5:20 PM
**To:** Olga Issaenko
**Subject:** Re: expt tomorrow

Good luck with your FACS. I hope it tells you something.

Try to look into how to use Ub-PEST and see if you can set it up tomorrow of the next day. It is relatively simple I think and could be done in a couple of days, at least the treatment. Then I can run the W.B next week.

I think we could use HeLa and some breast and ovarian cancer cells.

Martina

You need to explain to me what it is that you want to do tomorrow.


On 3/22/10 4:57 PM, "Olga Issaenko" <issaenko@msn.com> wrote:

Martina,

I forgot to tell you: I want to set experiment with breast cancer/normal – PS, SAHA and Chloroquine tomorrow. This is for apoptosis/cell cycle – FACS analysis.

Hope you are okay with that. It will not waste much of the stuff. I also want to do this also with other drugs (AM146, K-59) but since we are short on them, this will be the safest choice – to use what we can always buy. So I am not doing K-59 and AM146 for now.

Olga

EXHIBIT   7

**From:** Olga Issaenko [mailto:issaenko@msn.com]
**Sent:** Wednesday, April 21, 2010 5:44 PM
**To:** 'Martina Bazzaro'
**Subject:** RE: FACS


FL2


**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Wednesday, April 21, 2010 5:23 PM
**To:** Olga Issaenko
**Subject:** FACS


I can open and use flowjoe. It is not too bad. Is PI in FL1 channel?
Thanks
Martina

EXHIBIT   8

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Sunday, April 04, 2010 11:02 AM
To: Olga Issaenko
Subject: Re: Macintosh for FACS data analysis

Olga,

I think the concentration are right. Thank you for going over the week end and speed things up, that is a big help. As far as the mac, I only have mine. Either we use that or I'll try to see if I can find one around that you can use.or maybe we should just pay to use the one that the facility has you want to analyze the data during the day any ways. We'll see.
Take care
Martina


On Apr 3 2010, Olga Issaenko wrote:

>Hi Martina,
>
>
>
>Is it possible somehow to use any of your Mac computers for FACS data
>analysis?
>
>
>
>I will have the hell of the samples to analyze, it is 36-48 (HeLa)+72
>(breast) +72 (ovarian) . I am talking to Vitaly to see when and much
>how I  can do this on his office Mac. I will certainly do HeLa but I
>cannot use  his office computer for hours during the day..and I don't
>want to do this at nights when he leaves, - it is after 5:30pm.  So I
>think the best thing to do will be just to take his USB with the
>software (it runs on Mac only not the PC) and stick on other available
>Macintosh. If there is no way to use any of your Macs, please let me
>know, I will continue the search for available computer.
>
>Thanks,
>
>Olga
>
> I feel PS341 10 nM as I wanted to do for HeLa is way too much.. I wish
>I  can see those blots before I treat Helas tomorrowL
>
>You were right, e-mail is awkward - one way talking...
>
>

EXHIBIT   9

**From:** Olga Issaenko [mailto:issae001@umn.edu]
**Sent:** Monday, January 04, 2010 4:49 PM
**To:** 'Martina Bazzaro'
**Subject:** RE: tomorrow

Yes, HeLa is for mock, PS-341, AM-146, and K58 . One 6-well plate for each time-point: 2 Hours, 4 hours and 8 hours. Top shelf in the incubator.
The rest (36 x 96 wells plates) are for WST-1.. I was not sure what exactly you wanted me to do, so I just plated them. But I need to know for sure that I did it right before putting drugs tomorrow morning!
Oh, well.. I should probably try the handle – I just knocked and there was no answer. I was in your office at 4pm.
Anyway, I hope I plated what we needed – some things got forgotten in 2 weeks☹

**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Monday, January 04, 2010 4:02 PM
**To:** Olga Issaenko
**Subject:** Re: tomorrow

I am in the office but I have to leave now. What was HeLa plated for the PS-341, AM-146, K58 and K59 4 and 8 hours? If so I will come tomorrow morning to treat them. I will see you tomorrow. Martina

On 1/4/10 3:40 PM, "Olga Issaenko" <issaenko@msn.com> wrote:

Hi Martina,

I am looking for you.

1. I plated HeLa today and they need to be treated tomorrow morning (8HS). Could you treat them or I should come early? Either way, please let me know!

2. I need your help reading notes you made in the notebook before the holidays. this is about breast cancer cells and wst-1. I am a bit lost here.

3. I stripped anti-ubiquitin blot and probed with actin. Can we look at this and decide what is next?

4. transformation: I transformed everything besides pCDNA3-999 which I could not find. Where it could be?

I will try your office one more time right now and if you are not there, I hope you could e-mail me tonight! Your cell phone is not responding but I will try again too. Hope you are well!

thanks,
Olga

EXHIBIT 10

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Sunday, March 14, 2010 9:15 AM
To: Olga Issaenko
Subject: Re: p53 co-ip_AM146

Hi Olga
I do need to see all the data before I can say anything. Let's go over the data Monday early afternoon I
am already booked with meeting all morning till 12.
I will see you tomorrow
thanks
Martina


On Mar 13 2010, Olga Issaenko wrote:

>Hi Martina,
>
>I believe you do check your e-mail..
>
>So.. I got the co-ip result and it is a bit dirty. We can still see
>what we need and have an idea on what is going on but it is not of
>publication quality, I think. I don't know if you ever plan to publish
>it.. but I think it needs to be re-done if we want better picture.
>Because the next week is a
> 4 days week, I thought I would plate HeLas tomorrow (Sunday) and treat
>cells early Monday morning. To do this I need to use another 5ul of
>AM-146. We will still have some left.
>
>What do you say? Can I use another 5ul of AM-146 and have co-ip done
>this week, or just wait for you and repeat it if necessary the week
>after the next week (I have plenty of other stuff to do anyway)? Do you
>want to add
>K-59 treatment to this co-ip experiment? Combination of PS341+K-59? I
>realize you are a bit blind to answer last 2 questions but the data I
>got ..
> But maybe this is something we can do later - set separate experiment
>if you are interested.
>
>I need to know the answers about AM146 and how many plates of HeLa to
>plate (same 6 plates or add extra for K-59?) by tomorrow (Sunday) noon,
>so I can go to the lab in the afternoon and plate cells, and treat Monday morning.
>
>Also, these 2 compounds - KVI-14 and RA-9 - what are those? Interesting..
>
>Olga
>

EXHIBIT  11

**From:** Olga Issaenko [mailto:issaenko@msn.com]
**Sent:** Tuesday, April 20, 2010 6:18 PM
**To:** 'Martina Bazzaro'
**Subject:** RE: Transfection conditions

Okay, you probably refer to the experiment of week of March 11 with lower doses K59.. I don't know how much details you need. I could write it nicely but nobody is going to appreciate anyway. So here it is briefly:

$2 \times 10^5$ cells/6well transfected with Effectine transfection reagent (Qiagen) per manufacturer instructions.
24 hours post-transfection cells are transferred into 96 well plates at $1 \times 10^4$ cells/well in 100ul culture volume in triplicates for each treatment condition.
After cells attached (18hours), culture medium replaced with 100 ul medium containing drugs at indicated concentrations.
After 6 hs of treatment, cells lysed with 100ul of luc. and 150 ul of total sample measured using luminometer. Values calculated as % of control
Error bars indicate standard error for 2 independent experiments each performed in triplicates.
Statistical analysis – t-Student (specifically – paired two samples for means)
--
Appropriate controls and blanks were measured as well but I didn't subtract the values as they were minor and didn't affect the result.
If you refer to the experiment of week 3/24 – higher doses K59, then there were some modifications there.

**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Tuesday, April 20, 2010 1:41 PM
**To:** Olga Issaenko
**Subject:** Transfection conditions

Olga,

RE the luciferase experiment in HeLa with PS-341 and K-59 how did you procede for the transfection. Like cells (how many? Pretty much..) were seeded in (what, 6 wells, petri dish...) for transient transfection with (remind me the name of the thing is not Fugene is not lipofectamine).
24 (or 48?) hours post transfections cells were transferred in 96 well plate and (I know the rest).
Thank you.
Martina

-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Wednesday, April 21, 2010 10:24 PM
To: 'mbazzaro@umn.edu'
Subject: RE: Figure 3

Got the pict. Doesn't look the same as the one I saw today. Are you sure this is the correct one?

Not to be so art cruel and not to bring the melancholic part out of your choleric nature, here is a short answer - the P value will be different depending how you plot the data. Nevertheless, I am looking into this. Give me some time.
Will try to get back to you tonight.
Gosh, all the stuff is just piling up.. What happened to my decision to work 9 to5? Never gonna happen... Oh, and I didn't get your last paragraph..at all..

Okay, read some Henry Miller for a change while I do the stat:))

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Wednesday, April 21, 2010 9:58 PM
To: Olga Issaenko
Subject: Figure 3

OK let's try like this.It is probably easier to understand.
Is there any statistically significant difference between any of this columns?
I am particularly interested in knowing if there is statistically significant differences between PS-341 ]
5nM alone and PS-351 combined with
K-59 at either 1uM or/and 5uM.
I think that was the whole point of the experiment. See if the two together where doing more than each of them alone. That is why you have decided to use doses that are not too high. To avoid to miss the increase.
I think we excluded the synergy because it does not look like it is and I think we also sayed that synergy was not really expected which is fine but if the differences that we see are not statistically significant than we have to get rid of the pic in the paper which is fine too. In a way it not too surprising if it is not statistically significant as I am not sure the tryptic activity alone would do the trick. Either way it is fine. If you could go through your data (you are more familiar with them) and tell me if the P value is good or not that would help.
Thank you
Martina
-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Wednesday, April 21, 2010 9:03 PM
To: 'mbazzaro@umn.edu'
Subject: RE: PEST

For part 2: We have to talk it over, I have no time at this moment typing and explaining on P values for different scenarios (% versus ratio).. You took the 'P's from the wrong thing. Can I see the fig one more

time? I don't remember how it was plotted and what compare to what. Really confusing to me. Maybe show it to someone else - see what people think.

Part 1: the limiting factor by definition should be Ubq-PEST. Yet, I agree the correct BCA is important but not to pMoles. Will do my best Sorry, gotta go

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Wednesday, April 21, 2010 8:43 PM
To: Olga Issaenko
Subject: RE: PEST

I do not know.
I am just saying that if in one sample/s you have considerably less enzyme than in another one you quite obviously have less chances for the enzyme to cut the substrate. That would explain why you have to measure protein concentration before adding equal amount of substrate. We do the same thing with proteasome assay. We first measure the amount of purified proteasome (inhibited or not) and then we add the fluorogenic substrates. Does it make sense?
RE fig. 3 I did not calculate the p value. I just went through your data and thought it was some 0.047.
I may have been wrong and yes the doses are 5 PS and 1 K-59.
If you calculated the P value and there is no difference (perheps bcause of the error bars, that is OK will just remove the pic form the paper and avoid claiming something that is not correct.
Is it significant or not (P<0.05).

EXHIBIT  12

-----Original Message-----
From: Martina Bazzaro [mailto:mbazzaro@umn.edu]
Sent: Wednesday, May 05, 2010 6:48 AM
To: Olga Issaenko
Subject: Re: new AM146

I do have prism graph for Mac I will ask my husband I think he has the cd for pc Martina

Sent from my iPhone

**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Wednesday, May 05, 2010 5:11 PM
**To:** Olga Issaenko
**Subject:** Re:

Yes we can send it to her but it is not too complicated to eyeball an IC50. Clearly for publication purposes it will have to be calculated with some sort of software but just looking at the data is usually pretty obvious to see where it is.
But yes we will send the data to her.
Martina

On 5/5/10 4:57 PM, "Olga Issaenko" <issaenko@msn.com> wrote:

I think it might be better to give xtt data to the statistician to calculate IC50 as you did before. What do you think? Would it be okay to send her all stuff?

EXHIBIT 13

**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Monday, April 26, 2010 11:16 AM
**To:** Olga Issaenko
**Subject:** Re: polyubq WB PS+K59

Yes I am positive Olga. Thank you. I do not think that that specific experiment/figure is needed for the manuscript. Thank you. Martina

On 4/26/10 11:08 AM, "Olga Issaenko" <issaenko@msn.com> wrote:

Are you positive you don't want ubq WB PS+K59? Becuase  if you do want it, I better strip and probe with actin. If you don't, I won't bother doing it.

Thanks.

EXHIBIT 14

-----Original Message-----
From: Martina Bazzaro [mailto:mbazzaro@umn.edu]
Sent: Friday, April 23, 2010 7:59 PM
To: Olga Issaenko
Subject: Re: clones

This pics are beautifully done.
I am just confuse RE what they are. You probably told me already about it but I forgot what is it in the
first well and second and so on.
Thank you
Martina


Sent from my iPhone

On Apr 23, 2010, at 6:49 PM, "Olga Issaenko" <issaenko@msn.com> wrote:

> Hi there,
>
>
>
> Do you believe in what you have said that it is not all about the
> money? If so, see attached.  Sorry for quality – it is just a scan, I
> don't have a scope at home. Caski didn't form good colonies (actually,
> they did but the dose was too high), so if you want to ha ve pict for
> this cell line, let me know by Monday and I will plate a  bit more and
> change a dosage, so I can have good image for that cel l line too. Or
> the attached onés (SiHa and HeLa) should do? Are we g oing to talk
> science on meetings only from now on? What is the messa ge here? I
> kinda like to be clear on this.
>
>
>
> Olga
>
>
>
>
>
> <SiHa_PS5_K59_1_8days_10000perwell.jpg>
> <HeLa_PS5_k59_1_8days_1000perwell.jpg>

EXHIBIT 15

-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Monday, August 23, 2010 10:38 AM
To: 'jmc@umn.edu'
Subject: Manuscript ID jm-2010-00589p Revision Requested

TO: Journal of Medicinal Chemistry


I would like to acquire the final draft of the manuscript which was supposed to
be returned after major revision. I am one of the co-authors of this manuscript
and did not have a possibility to review the manuscript before its final
submission.
I would appreciate if I will be given this opportunity and you will forward to me
the manuscript and properly filled copyright form.

Title: "$\alpha,\beta$-Unsaturated  Carbonyl System of Chalcone-Based Derivatives is
Responsible for Broad Inhibition of Proteasomal Activity and Preferential Killing
of HPV-Positive Cervical Cancer Cells."
Author(s): Bazzaro, Martina; Anchoori, Ravi; Issaenko, Olga; Mudiam, Mohana
Krishna; Kumar, Srinivas; Karanam, Balasubramanyam; Isaksson Vogel, Rachel;
Gavioli, Riccardo; Destro, Eleonora; Ferretti, Valeria; Roden, Richard; Khan,
Saeed

Sincerely,
Olga Issaenko, PhD
Issaenko@msn.com
(952)935-3364


-----Original Message-----
From: JMC [mailto:JMC@umn.edu]
Sent: Monday, August 23, 2010 10:55 AM
To: Olga Issaenko
Cc: mbazzaro@umn.edu
Subject: Re: Manuscript ID jm-2010-00589p Revision Requested

Dear Dr. Issaenko:

I have cc'ed the corresponding author, Dr. Bazzaro, regarding your request.

Please note that we can only deal with the corresponding author regarding
manuscript requests. However, we do require written approval from a
co-author if that person's name is removed from the manuscript in the middle
of the whole process.

Therefore, I will put the revised manuscript on hold until this matter is
resolved.

Sincerely,

Marilee Tuite

Editorial Assistant
Journal of Medicinal Chemistry
612-624-6184 telephone
202-513-8609 NEW fax
jmc@umn.edu


-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Monday, August 23, 2010 11:26 AM
To: 'JMC'
Cc: 'saeed.khan2@fda.hhs.gov'; 'roden@jhmi.edu'
Subject: RE: Manuscript ID jm-2010-00589p Revision Requested

Dear Ms. Tuite,

I appreciate your response, and would like to acknowledge that specifically, fig.
1, 4, 5 and 6 in this current manuscript are based on my research findings.

My other research findings are also the basis for number of other manuscripts
currently prepared (or maybe already submitted by the corresponding author) to
JMC. I believe my authorship should be acknowledged whether my research findings
are published. Therefore, I would appreciate if you keep me informed on regards
of this and future submissions of the corresponding author.

Sincerely,
Olga Issaenko, PhD

I am cc to major researchers/co-authors on these projects.


-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Tuesday, August 24, 2010 5:56 PM
To: 'JMC'
Subject: RE: Manuscript ID jm-2010-00589p Revision Requested

Dear Ms. Tuite,

I wanted to state that the matter of my co-authorship is not resolved between me
and the corresponding author. I would like to clarify to you that I never been
asked by Dr. Bazzaro to remove my name from the pending manuscript, and I never
said that I would like my name to be removed.
I have not received any correspondence on this matter yet, and therefore I will
appreciate if you keep me posted.

Sincerely,
Olga Issaenko, PhD


-----Original Message-----
From: JMC2 [mailto:JMC2@umn.edu]

Sent: Wednesday, August 25, 2010 10:18 AM
To: Olga Issaenko
Cc: mbazzaro@umn.edu
Subject: FW: Manuscript ID jm-2010-00589p Revision Requested

Dear Dr. Issaenko:

You were not listed as an author on the original or revised manuscript.
Therefore, the manuscript will continue to be processed as usual.  We cannot
provide you with any information on this manuscript or further submissions.

Sincerely,


Sandy K. Dewing, Editorial Assistant
Journal of Medicinal Chemistry
612-624-6184 telephone
202-513-8609 fax
e-mail:  jmc2@umn.edu

EXHIBIT 16



# AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Form A: Authors Who Hold Copyright and Works-for-Hire

Control #2011-10-11

Jm-2010-00589p. R1
Manuscript ID, if Available

Received Date (Office Use Only)

## SECTION I: Copyright

**1. Submitted Work:** The Corresponding Author, with the consent of all co-authors, hereby transfers to the ACS the copyright ownership in the referenced Submitted Work, including all versions in any format now known or hereafter developed. If the manuscript is not accepted by ACS or withdrawn prior to acceptance by ACS, this transfer will be null and void.

**2. Supporting Information:** The copyright ownership transferred to ACS in any copyrightable* Supporting Information accompanying the Submitted Work is nonexclusive. The Author and the ACS agree that each has unlimited use of Supporting Information. Authors may use or authorize the use of material created by the Author in the Supporting Information associated with the Submitted or Published Work for any purpose and in any format.

*Title 17 of the United States Code defines copyrightable material as "original works of authorship fixed in any tangible medium of expression" (Chapter 1, Section 102). To learn more about copyrightable material see "Frequently Asked Questions about Copyright" on the Publications Division website, at http://pubs.acs.org/page/copyright/learning_module/module.html.

## SECTION II: Permitted Uses by Author(s)

**1. Reuse/Republication of the Entire Work in Theses or Collections:** Authors may reuse all or part of the Submitted, Accepted or Published Work in a thesis or dissertation that the Author writes and is required to submit to satisfy the criteria of degree-granting institutions. Such reuse is permitted subject to the ACS' "Ethical Guidelines to Publication of Chemical Research"

*Continued on Page 2*

## SIGNATURES

Signing this agreement constitutes acceptance by the Author(s) and, in the case of a Work-Made-for-Hire, the company/employer of all contents contained herein, including the attached Appendix A: Author Warranties, Obligations, Definitions, and General Provisions.

MARTINA BAZZARO
Corresponding Author's Name

*[signature]*
Signature

11/16/2010
Date

Employer/Organization (Work-for-Hire only)

Authorized Signature(s) of Employer/Organization (Work-for-Hire only)

Date | U.S. Government Contract #, if available

INSTRUCTIONS FOR FORM A

## MANUSCRIPT DETAILS

Name of ACS Publication:

JOURNAL OF MEDICINAL CHEMISTRY

Manuscript Title:

X,B-UNSATURATED CARBONYL SYSTEM OF CHALCONE-BASED DERIVATIVES IS RESPONSIBLE FOR BROAD INHIBITION OF PROTEASOMAL ACTIVITIES AND PREFERENTIAL KILLING OF...

Corresponding Author's Name and Address:

MARTINA BAZZARO
MASONIC CANCER CENTER - ROOM L90
420 DELAWARE STREET S.E.
MINNEAPOLIS MINNESOTA 55455

List Names of ALL Author(s):

MARTINA BAZZARO
RAUL K AUCHOORI
MOHAJA K R MUDIAM
OLGA ISSAENKO
SRINIVAS KUMAR
BALASUBRAMANIAN KARADAH
ZHOUHUA LIN
RACHEL DACSON VOGEL
RICCARDO GAVIOLI
FEDERICA DESTRO
VALERIA FERRETTI
RICHARD B SCHWARTZ
SAJEDICHAU



# AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Form A: Authors Who Hold Copyright and Works-for-Hire

Control #2010-10-11



Jm-2010-005B9p-R1

Manuscript ID, if Available

(http://pubs.acs.org/ethics); the Author should secure written confirmation (via letter or email) from the respective ACS journal editor(s) to avoid potential conflicts with journal prior publication**/embargo policies. Appropriate citation of the Published Work must be made. If the thesis or dissertation to be published is in electronic format, a direct link to the Published Work must also be included using the ACS Articles on Request author-directed link (see http://pubs.acs.org/page/policy/articlesonrequest/index.html).

Authors also may reuse the Submitted, Accepted, or Published work in printed collections that consist solely of the Author's own writings; if such collections are to be posted online or published in an electronic format, please contact ACS at copyright@acs.org to inquire about terms for licensed electronic use.

**2. Reuse of Figures, Tables, Artwork, and Text Extracts in Future Works:** Authors may reuse figures, tables, artwork, illustrations, text extracts of up to 400 words, and data from the Author's Submitted, Accepted, or Published Work in which the ACS holds copyright for teaching or training purposes, in presentations at conferences and seminars, in subsequent scholarly publications of which they are an Author, and for posting on the Author's personal website, university networks, or primary employer's institutional websites, and conference websites that feature presentations by the Author(s) provided the following conditions are met:

- Appropriate citation to the Published Work is given
- Modifications to the presentation of previously published data in figures and tables are noted and distinguished from any new data not contained in the Published Work, and
- Reuse is not to illustrate news stories unrelated to the Published Work
- Web posting by the Author(s) is for non-commercial purposes.

To reuse figures, tables, artwork, illustrations, and text from ACS Published Works in general, ACS requests that interested parties use the Copyright Clearance Center Rightslink service.  For information see http://pubs.acs.org/page/copyright/rightslink.html

General ACS permission information can be found at http://pubs.acs.org/page/copyright/permissions.html.

**3. Reuse in Teaching or In-House Training:** In order to preserve the integrity of the scientific record, the Author(s) are encouraged to link to the Published Work using the ACS Articles on Request author-directed link as applicable for teaching and in-house training and this use is subject to the conditions identified below (see http://pubs.acs.org/page/policy/articlesonrequest/index.html). Regardless, the Author(s) may reproduce their Submitted, Accepted, or Published Work for instructional use in courses as a stand-alone handout, as part of a packet, or electronically for use by students enrolled in the course the Author is teaching as long as the following conditions are met:

- Proper credit must be given to the Published Work and a link to the Published Work must be included using the ACS Articles on Request author-directed link (see http://pubs.acs.org/page/policy/articlesonrequest/index.html). The following notice should either be posted with or printed on all uses of the Accepted Work described in this clause:
  "This material is excerpted from a work that was [accepted for publication/published] in [JournalTitle], copyright © American Chemical Society after peer review. To access the final edited and published work see [insert ACS Articles on Request author-directed link to Published Work, see http://pubs.acs.org/page/policy/articlesonrequest/index.html]."
- Electronic access must be provided via a password-protected website only to students enrolled in the course (i.e. not the general public). Availability to students should terminate when the course is completed.
- If a fee for distributed materials is charged for the use of Published Work in connection with the instructional use, prior written permission from the ACS must be obtained.

**4. Presentation at Conferences:** Subject to the ACS' "Ethical Guidelines to Publication of Chemical Research" (http://pubs.acs.org/ethics) and written confirmation (via letter or email) from the appropriate ACS journal editor to resolve potential conflicts with journal prior publication**/embargo policies, Authors may present orally or otherwise display all or part of the Submitted, Accepted, or Published Work in presentations at meetings or conferences. Authors may provide copies of the Submitted and Accepted Work either in print or electronic form to the audience.

**Prior publication policies of ACS journals are posted on the ACS website at http://pubs.acs.org/page/policy/prior/index.html.



## AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Form A: Authors Who Hold Copyright and Works-for-Hire



Manuscript ID, if Available

Control #2010-10-11

Sharing of the Published Work with conference attendees is permitted if it is done either via the ACS Articles on Request author-directed link (see http://pubs.acs.org/page/policy/articlesonrequest/index.html) or in print. Audience recipients should be informed that further distribution or reproduction of any version of the Work is not allowed.

**5. Share with Colleagues:** Subject to the ACS' "Ethical Guidelines to Publication of Chemical Research" (http://pubs.acs.org/ethics), Authors may send or otherwise transmit electronic files of the Submitted or Accepted Work to interested colleagues prior to, or after, publication. Sharing of the Published Work with colleagues is permitted if it is done via the ACS Articles on Request author-directed link (see http://pubs.acs.org/page/policy/articlesonrequest/index.html). The sharing of any version of the Work with colleagues is only permitted if it is done for non-commercial purposes; that no fee is charged; and that it is not done on a systematic basis, e.g. mass emailings, posting on a listserv, etc. Recipients should be informed that further redistribution of any version of the Work is not allowed.

Authorized users of the ACS Publications website (http://pubs.acs.org/) may also email a link to the Author's article directly to colleagues as well as recommend and share a link to the Author's article with known colleagues through popular social networking services such as CiteULike, Digg, and Newsvine (see http://pubs.acs.org/sda/63224/index.html for more information).

**6. Posting Submitted Works on Websites and Repositories:** A digital file of the Submitted Work may be made publicly available on websites or repositories (e.g. the Author's personal website, preprint servers, university networks or primary employer's institutional websites, third party institutional or subject-based repositories, and conference websites that feature presentations by the Author(s) based on the Submitted Work) under the following conditions:

- The Author(s) have received written confirmation (via letter or email) from the appropriate ACS journal editor that the posting does not conflict with journal prior publication/embargo policies (see http://pubs.acs.org/page/policy/prior/index.html)
- The posting must be for non-commercial purposes and not violate the ACS' "Ethical Guidelines to Publication of Chemical Research" (see http://pubs.acs.org/ethics).
- If the Submitted Work is accepted for publication in an ACS journal, then the following notice should be included at the time of posting, or the posting amended as appropriate:
  "This document is the unedited Author's version of a Submitted Work that was subsequently accepted for publication in [JournalTitle], copyright © American Chemical Society after peer review. To access the final edited and published work see [insert ACS Articles on Request author-directed link to Published Work, see http://pubs.acs.org/page/policy/articlesonrequest/index.html]."

If any prospective posting of the Submitted Work, whether voluntary or mandated by the Author(s)' funding agency, primary employer, or, in the case of Author(s) employed in academia, university administration, would violate any of the above conditions, the Submitted Work may not be posted. In these cases, Author(s) may either sponsor the immediate public availability of the final Published Work through participation in the fee-based ACS AuthorChoice program (for information about this program see http://pubs.acs.org/page/policy/authorchoice/index.html) or, if applicable, seek a waiver from the relevant institutional policy.

**7. Posting Accepted and Published Works on Websites and Repositories:** A digital file of the Accepted Work and/or the Published Work may be made publicly available on websites or repositories (e.g. the Author's personal website, preprint servers, university networks or primary employer's institutional websites, third party institutional or subject-based repositories, and conference websites that feature presentations by the Author(s) based on the Accepted and/or the Published Work) under the following conditions:

- It is mandated by the Author(s)' funding agency, primary employer, or, in the case of Author(s) employed in academia, university administration.
- For mandates from non-governmental institutions (e.g. universities, private sector corporations, non-governmental organizations, etc.), the Author(s) have received written confirmation (via letter or email) from the appropriate ACS journal editor that the posting does not conflict with journal prior publication policies (see http://pubs.acs.org/page/policy/prior/index.html)
- If the mandated public availability of the Accepted Manuscript is sooner than 12 months after online publication of the Published Work, a waiver from the relevant institutional policy should be sought. If a waiver cannot be obtained, the Author(s) may sponsor the immediate availability of the final Published Work through participation in the ACS



# AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Form A: Authors Who Hold Copyright and Works-for-Hire

Control #2010-10-11



Manuscript ID, If Available

AuthorChoice program—for information about this program see
http://pubs.acs.org/page/policy/authorchoice/index.html.

- If the mandated public availability of the Accepted Manuscript is not sooner than 12 months after online publication of the Published Work, the Accepted Manuscript may be posted to the mandated website or repository. The following notice should be included at the time of posting, or the posting amended as appropriate:
  "This document is the Accepted Manuscript version of a Published Work that appeared in final form in [JournalTitle], copyright © American Chemical Society after peer review and technical editing by the publisher. To access the final edited and published work see [insert ACS Articles on Request author-directed link to Published Work, see http://pubs.acs.org/page/policy/articlesonrequest/index.html]."

- The posting must be for non-commercial purposes and not violate the ACS' "Ethical Guidelines to Publication of Chemical Research" (see http://pubs.acs.org/ethics).

- Regardless of any mandated public availability date of a digital file of the final Published Work, Author(s) may make this file available only via the ACS AuthorChoice Program. For more information, see http://pubs.acs.org/page/policy/authorchoice/index.html.

Author(s) may post links to the Accepted Work on the appropriate ACS journal website if the journal posts such works. Author(s) may post links to the Published Work on the appropriate ACS journal website using the ACS Articles on Request author-directed link (see http://pubs.acs.org/page/policy/articlesonrequest/index.html).

Links to the Accepted or Published Work may be posted on the Author's personal website, university networks or primary employer's institutional websites, and conference websites that feature presentations by the Author(s). Such posting must be for non-commercial purposes.

## SECTION III: Retained and Other Rights

**1. Retained Rights:** The Author(s) retain all proprietary rights, other than copyright, in the Submitted Work. Authors should seek expert legal advice in order to secure patent or other rights they or their employer may hold or wish to claim.

**2. Moral Rights:** The Author(s) right to attribution and the integrity of their work under the Berne Convention (article 6bis) is not compromised by this agreement.

**3. Extension of Rights Granted to Prior Publications:** The rights and obligations contained in Section II: Permitted Uses by Author(s), Section III: Retained and Other Rights, and Appendix A, Section I: Author Warranties and Obligations of this agreement are hereby extended to the Author(s)' prior published works in ACS journals.

## SECTION IV: Works-for-Hire

If the Submitted Work was written by the Author(s) in the course of the Author(s)' employment as a "Work-Made-for-Hire" as defined under U.S Copyright Law, the Submitted Work is owned by the company/employer which must sign the Journal Publishing Agreement (in addition to the Author's signature). In such case, the company/employer hereby assigns to ACS, during the full term of copyright, all copyright in and to the Submitted Work for the full term of copyright throughout the world as specified in Section I, paragraph 1 above.

In the case of a Work-Made-for-Hire, Authors and their employer(s) have the same rights and obligations as contained in Section II: Permitted Uses by Author(s), Section III: Retained and Other Rights, and Appendix A, Section I: Author Warranties and Obligations.

Any restrictions on commercial use in this agreement do not apply to internal company use of all or part of the information in the Submitted, Accepted, or Published Work.

The Author(s)' employers may systematically distribute (but not re-sell) print copies of the Published Work externally for promotional purposes, provided that such promotions do not imply endorsement by ACS. Although printed copies so made shall not be available for individual re-sale, they may be included by the employer as part of an information package included with software or other products the employer offers for sale or license. Posting of the final Published Work by the employer on a public access website may only be undertaken by participation in the ACS AuthorChoice option, including payment of applicable fees.



# AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Appendix A
Control #2010-10-11



Manuscript ID, if Available

**APPENDIX A: Author Warranties, Obligations, Definitions, and General Provisions**

**SECTION I: Author Warranties and Obligations**

**1. ACS Ethical Guidelines:** By signing this agreement, Author(s) acknowledge they have read and understand the ACS' "Ethical Guidelines to Publication of Chemical Research" (http://pubs.acs.org/ethics).

**2. Author Warranties:** By signing this agreement the Corresponding Author and all co-authors (and in the case of a Work-Made-for-Hire, the Author(s)' employer(s)) jointly and severally warrant and represent the following:

- The Submitted Work is original.
- The Submitted Work does not contain any statements or information that is intentionally misleading or inaccurate.
- All Authors have been informed of the full content of the Submitted Work at, or prior to, the time of submission.
- The Submitted Work has not been previously published in any form (except as permitted in Section II: Permitted Uses by Author(s)).
- The Submitted Work is not being considered for publication elsewhere in any form and will not be submitted for such consideration while under review by ACS.
- Nothing in the Submitted Work is obscene, defamatory, libelous, or otherwise unlawful, violates any right of privacy or infringes any intellectual property rights (including without limitation copyright, patent, or trademark) or any other human, personal, or other rights of any kind of any person or entity, and does not contain any material or instructions that might cause harm or injury. Any unusual hazards inherent in the chemicals, equipment, or procedures used in an investigation are clearly identified in the Submitted Work.
- Nothing in the Submitted Work infringes any duty of confidentiality which the Author(s) may owe to another party or violates any contract, express or implied, that the Author(s) may have entered into, and all of the institutions where the work, as reflected in the Submitted Work, was performed have authorized publication.
- Permission has been obtained and included with the Submitted Work for the right to use and authorize use in print and online formats, or of any format that hereafter may be developed for any portions that are owned or controlled by a third party. Payments, as appropriate, have been made for such rights, and proper credit has been given in the Submitted Work to those sources.
- Potential and/or relevant competing financial or other interests that might be affected by publication of the Submitted Work have been disclosed to the appropriate ACS journal editor.

The Author (and, in the case of a Work-Made-for-Hire, the Author(s)' employer(s)) represent and warrant that the undersigned has the full power to enter into this Agreement and to make the grants contained herein.

The Author(s) (and, in the case of a Work-Made-for-Hire, the Author(s)' employer(s)) indemnify the ACS and/or its successors and assigns for any and all claims, costs, and expenses, including attorney's fees, arising out of any breach of this warranty or other representations contained herein.

**3. General Author Obligations:** If the Submitted Work includes material that was published previously in a non-ACS journal, whether or not the Author(s) participated in the earlier publication, the copyright holder's permission must be obtained to republish such material in print and online with ACS. It is the Author's obligation to obtain any necessary permissions to use prior publication material in any of the ways described in Section II: Permitted Uses by Author(s). No such permission is required if the ACS is the copyright holder.

All uses of the Submitted, Accepted, or Published Work made under any of activities described in Section II: Permitted Uses by Author(s) must include appropriate citation. Appropriate citation should include, but is not limited to, the following information (if available): author, title of article, title of journal, volume number, issue number (if relevant), page range (or first page if this is the only information available), date, and Copyright © [year] American Chemical Society. Copyright notices or the display of unique Digital Object Identifiers (DOIs), ACS or journal logos, bibliographic (e.g. authors, journal, article title, volume, issue, page numbers) or other references to ACS journal titles, Web links, and any other journal-specific "branding" or notices that are included by ACS in the Accepted or Published Work or that are provided by the ACS with instructions that such should accompany its display, should not be removed or tampered with in any way.

**SECTION II: Definitions**

**Accepted Work:** The version of the Submitted Work that has been accepted for publication in an ACS journal that includes, but is not limited to, changes resulting from peer review but prior to ACS' copy editing and production.

**ACS Articles on Request:** A link emailed to Corresponding Authors upon publication of their article in an ACS journal that provides free e-prints of the Published Work. For more information, see: http://pubs.acs.org/page/policy/articlesonrequest/index.html.

**ACS AuthorChoice:** A fee-based program that allows ACS Authors or their funding agencies to provide immediate, unrestricted online access to the Published Work from the ACS website. Under this program Authors may also post the Published Work on



# AMERICAN CHEMICAL SOCIETY
## JOURNAL PUBLISHING AGREEMENT
### Appendix A
Control #2010-10-11



Manuscript ID, if Available

personal websites and institutional repositories of their choosing. For more information, see http://pubs.acs.org/page/policy/authorchoice/index.html.

**Author:** An individual who has made significant scientific contributions to the Submitted Work and who shares responsibility and accountability for the results and conclusions contained therein. For further clarification of the criteria for participation in authorship, see ACS' "Ethical Guidelines to Publication of Chemical Research" at http://pubs.acs.org/ethics.

**Commercial Use:** Use of the Submitted, Accepted, or Published Work for commercial purposes (except as provided for employers in the case of a Work-Made-for-Hire; see Section IV: Works-for-Hire) is prohibited or requires ACS' prior written permission. Examples of prohibited commercial purposes or uses that require prior permission include but are not limited to:

- Copying or downloading of the Submitted, Accepted, or Published Work, or linking to postings of the Submitted, Accepted, or Published Work, for further access, further sale or licensing, for a fee;
- Copying, downloading, or posting by a site or service that incorporates advertising with such content;
- The inclusion or incorporation of the Submitted, Accepted, or Published Work in other works or services (other than as permitted in Section II: Permitted Uses by Author(s)) that are then available for sale or licensing, for a fee;
- Use of the Submitted, Accepted, or Published Work (other than normal quotations with appropriate citation) by a for-profit organization for promotional purposes, whether for a fee or otherwise;
- Systematic distribution to others via email lists or list servers (to parties other than known colleagues), whether for a fee or for free;
- Sale of translated versions of the Submitted, Accepted, or Published Work that have not been authorized by license or other permission from the ACS.

**Corresponding Author:** The Author who transmits the Submitted Work on behalf of any co-authors and who receives and engages in all subsequent editorial communications regarding the status of the Submitted Work (including its reviews and revisions), and who is responsible for the dissemination of reviewers' comments and other manuscript information to co-authors (as appropriate). The Corresponding Author authorizes all revisions to the Submitted and Accepted Work prior to publication and is the primary point of contact after publication of the Version of Record. In some instances, more than one co-author may be designated as a Corresponding Author.

**Published Work:** The version of the Submitted Work as accepted for publication in an ACS journal that includes but is not limited to all materials in the Submitted Work and any changes resulting from peer review, editing, and production services by ACS.

**Submitted Work:** The version of the written manuscript or other article of intellectual property as first submitted to ACS for review and possible publication. The Submitted Work consists of the manuscript text or other contribution including but not limited to the text (including the abstract or other summary material) and all material in any medium to be published as part of the Submitted Work, including but not limited to figures, illustrations, diagrams, tables, movies, other multimedia files, and any accompanying Supporting Information.

**Supporting Information:** Ancillary information that accompanies the Submitted Work and is intended by the Author to provide relevant background information for evaluation of the Submitted Work during the peer review process, or that is made available as a further aid to interested readers of the Published Work, but is not considered essential for comprehension of the main body of the Submitted, Accepted, or Published Work. Supporting Information may also be material that is deemed by the Editor to be too lengthy or of too specialized and limited interest for inclusion in the main body of the Accepted or Published Work. Examples of Supporting Information include but are not limited to: computer software program code, machine-readable data files or other background datasets, supporting applications and derivations, and complex tables, illustrations, diagrams, and multimedia files (e.g. video, audio, animation, 3D graphics, or high-resolution image files).

## SECTION III: General Provisions

ACS, as copyright holder, shall have the right to use any material in the Submitted, Accepted, or Published Work, including use for marketing, promotional purposes, and on publication covers, provided that the scientific meaning and integrity of the content is not compromised.

When the ACS is approached by third parties for permission to use, reprint, or republish entire articles the undersigned Author's or employer's permission may also be sought at the discretion of ACS.

The American Chemical Society or its agents will store the information the Corresponding Author supplies in connection with the Submitted Work within its electronic records. Information about ACS activities, products, and services may be sent to ACS Authors by mail, telephone, email, or fax. Authors may inform ACS if they do not wish to receive news, promotions, and special offers about our products and services. No personal information will be shared with third parties.

Headings contained in this Agreement are for reference purposes only and shall not be deemed to be an indication of the meaning of the clause to which they relate.

EXHIBIT  17

From: Frances Lawrenz [mailto:lawrenz@umn.edu]
Sent: Friday, September 10, 2010 8:46 AM
To: Olga Issaenko
Subject: Re: JMC paper

As far as I know, definitive decisions have not been made.  My belief is that the paper is on hold until
they receive 'official' authorship notice from the U--which I believe would be me.  Frances

--------
On Fri, Sep 10, 2010 at 8:09 AM, Olga Issaenko <issaenko@msn.com> wrote:
Frances,

On Tuesday, when I spoke to Dr. Carol Lange (faculty mentor of Dr. Bazzaro), she did say that Dr. Bazzaro
admitted her fraudulent actions, and that I will be granted the co-authorship in JMC manuscript.
She further said that what will happen now is that Dr. Bazzaro will 'just call to the journal and say that
your name will be 3 co-author, so manuscript will not be longer on hold'. I did not contact the journal
yet to check on the status of the manuscript but I believe I should see the revised version before the
paper goes in press. Therefore, I wanted to coordinate my actions with you on this regards.

Thank you,
Olga


-----Original Message-----
From: Carol Lange [mailto:lange047@umn.edu]
Sent: Monday, August 23, 2010 11:20 AM
To: Olga Issaenko
Subject: Re: manuscript

she was likely worried about copy write issue in needing your signature.
c.



Olga Issaenko wrote:
>
> Hi Carol,
>
> I just heard: Martina did remove my name from the final version of the
> manuscript! Yet, she is using Fig. 1, 4, 5 and 6 that I produced.
>
> I just cannot believe it!!
>
> Olga
>

--

Carol A. Lange, PhD

Professor of Medicine

U of MN Masonic Cancer Center

Minneapolis, MN 55455


-----Original Message-----
From: lange047@umn.edu [mailto:lange047@umn.edu]
Sent: Saturday, July 10, 2010 5:32 PM
To: Olga Issaenko
Subject: Re: FW: Manuscript ID jm-2010-00589p Revision Requested


Some journals require each author to sign the copyright, while others do not and just use the PI for this - you should just ask Martina about the status of this paper. If you were on the authorship for the first submission, it would be odd to remove you now - she would likely have to explain that change -

I would not worry about this - you are likely still an author, and you don't really need to have a hand in the revisions unless Martina wants you to do something. If I find out anything I will let you know.

Carol


On Jul 10 2010, Olga Issaenko wrote:

>Hi Carol,
>
>This is my 'personal favor' question..or maybe more professional..
>
>I may sound very formal below, I hope you will forgive me for that..
>
> This is about recent manuscript which was submitted for publication to
> Journal of Medicinal Chemistry (pdf is attached) and that was
> recommended for publication with major revision
>                      I have had a tough time reserving the spot as a co-author
> as I only have spend 1 month producing the biological part results
> (fig 1,4,5 and 6) while 11 other co-authors were working on the rest
> of the manuscript for
> 3 years (table 1-3 and fig 2,3 and 7). The results of my research on
> anchorage-dependent cell growth and FACS analysis were not included in
> the manuscript as per Dr. Bazzaro's opinion these results didn't
> provide additional insight into effect of tested compounds on cancer
> cells viability and growth.
>
> When manuscript was returned for revision, I offered Dr. Bazzaro my

> help answering reviewer's comments and conducting additional
> experiments which, I am totally agree to the reviewer's #1 opinion,
> need to be performed. I did not receive response from Dr. Bazzaro on this regard.
>
> I am a little confused that Dr. Bazzaro didn't forward me the opinion
> of second reviewer, or inserted the wrong part by mistake as this
> reviewer refers to different manuscript of Bazzaro Mroczkiewicz et al.
>
>So I don't really know what is going on here..


                                Understandably, I have no knowledge on the
> fate of this manuscript, and have no way of knowing if I am still
> co-authoring this manuscript. Although, I do not consider this work
> being a major contribution to science and advance in the field, I am
> confident about my research findings. Also, due to the fact that I am
> forced to seek for a different job now, having publication, even
> minor, is beneficial to my publication list and curriculum vitae, as
> it serves as a proof of my job performance while working in Dr. Bazzaro's lab.
>
>The manuscript is due in editor's office by mid-August.
>
> I was hoping that if you happen to know something on the fate of this
> manuscript down the road, and my co-authorship, maybe you could let me
> know.
> I really do not want to have the situation happening that I cite this
> manuscript as being 'in press' in my curriculum vitae while actually
> my name is not in the co-author's list any longer. This is a question
> of professional reputation for me and I cannot 'lie' in my CV, and I
> believe you understand this is an important question.
>
> Also, I am not sure any longer that Dr. Bazzaro's practices in science
> are any 'better' than ones as a supervisor. I cannot allow my
> reputation to be impacted there as well, and in ideal world,
> especially considering the fact I am no longer with the Masonic Cancer
> Center, I think it would be really beneficial to introduce the
> paragraph into the body of the manuscript to describe author's
> contributions to the manuscript, so I don't have to carry the
> responsibility for the data of other people who I have never even met
> but who are also part of this manuscript. I have other reasons for
> this too. Dr. Bazzaro is also in a process of patenting this data.
>
>I hope you will understand. Please let me know..
>
>Thank you so much!
>
>Olga

-----Original Message-----
From: Peter Bitterman [mailto:bitte001@umn.edu]
Sent: Wednesday, August 25, 2010 5:13 PM
To: Olga Issaenko
Subject: Re: FW: Manuscript ID jm-2010-00589p Revision Requested

all documentation is best

**Peter Bitterman**
University of Minnesota
Professor and Vice Chair for Research
Medicine

612-624-0999 Work
bitte001@umn.edu
Medical School
Minneapolis, MN  55424

Olga Issaenko wrote:
> Thank you, Peter!
>
> I guess the head of Department (Cancer Center) is Doug. Should I ask
> for a meeting or submit it by e-mail/snail mail? Not sure what is best.
> Also, is information below (e-mail correspondence) and pdf of final
> draft are considered to be sufficient documentation?
> I also have e-mail from my former supervisor asking to review the
> world file before initial submission, and of course original data.
> Should these be included as well?
>
> Thank you for advice!
> Olga
>
> -----Original Message-----
> From: Peter Bitterman [mailto:bitte001@umn.edu]
> Sent: Wednesday, August 25, 2010 4:54 PM
> To: Olga Issaenko
> Subject: Re: FW: Manuscript ID jm-2010-00589p Revision Requested
>
> The best option is to notify the head of the department in writing
> with the appropriate documentation.
> here is the official U policy which would prohibit this type of behavior.
> http://www1.umn.edu/regents/policies/academic/Code_of_Conduct.html
>

**Peter Bitterman**
University of Minnesota
Professor and Vice Chair for Research
Medicine

612-624-0999 Work
bitte001@umn.edu
Medical School
Minneapolis, MN 55424

> Olga Issaenko wrote:
>
>> Hi Peter,
>>
>> I wanted to ask your advice as I trust your opinion very much - what
>> to do in such a situation below:
>>
>> As you know, my job was suddenly terminated (no explanation) and
>> representative of cancer center HR office is a contact person for all
>> future communications. Me and my former supervisor had one manuscript
>> during revision and another one in preparation. I had no knowledge
>> about the fate of revision process and HR suggested to me to contact
>> Journal of Medicinal Chemistry, JMC (it is UofM based journal)
>> directly to obtain the final draft of the manuscript where I was a
>> co-author since Dr. Bazzaro (my former
>> supervisor) doesn't want to communicate to me directly and HR cannot
>> interfere with scientific matters.
>>
>> They (JMC) e-mailed me back saying that my name was removed from the
>> revised manuscript in a middle of the whole process. They also said
>> that they will need a written agreement from me to remove my name and
>> before that manuscript will be on hold. I asked to keep my name as a
> co-author.
>
>> Today, JMC e-mailed me back saying I was not a co-author in a first
> place!!!
>
>> This all correspondence is below.
>>
>> How is it possible at all??? My boss has 'ties' and money??!
>> I have all original data (I came up with idea and did experiments - 4
>> figures out of 7 are mine), I have e-mails from Dr. Bazzaro saying I
>> am a co-author and pdf of final manuscript, even e-mail from JMC
>> saying my name was removed, and now they are saying I was not ever
> there?!?!
>
>> So.. What do I do? Just 'back off'? I had to e-mail to Carol and Doug
>> to apologize because during job interview I said that I will have

&gt;&gt; multiple manuscripts published based on my work in Dr. Bazzaro's lab.
&gt;&gt; I did explain them the situation in my e-mail, hope they will
&gt;&gt; understand it was not my fault.
&gt;&gt;
&gt;&gt; I am sorry for taking your time with this.
&gt;&gt; Olga
&gt;&gt;
&gt;&gt; P.S. I also asked Vitaly but he doesn't know what to do, he just said
&gt;&gt; it is not right or fair. He cannot understand either how this is all
&gt;&gt; possible even thought my former supervisor apparently has some
&gt;&gt; 'personal issues' towards me.
&gt;&gt;
&gt;&gt;
&gt;&gt; -----Original Message-----
&gt;&gt; From: Olga Issaenko [mailto:issaenko@msn.com]
&gt;&gt; Sent: Wednesday, August 25, 2010 10:34 AM
&gt;&gt; To: 'JMC2'
&gt;&gt; Cc: 'JMC'
&gt;&gt; Subject: RE: Manuscript ID jm-2010-00589p Revision Requested
&gt;&gt;
&gt;&gt; Dear Ms. Dewing,
&gt;&gt;
&gt;&gt; I am forwarding you a research correspondence between me and
&gt;&gt; corresponding author where it states clearly that I was a co-author
&gt;&gt; of this current manuscript(please see below).
&gt;&gt; Figures 1, 4, 5 and 6 is a result of my ideas and experimental work.
&gt;&gt;
&gt;&gt; Sincerely,
&gt;&gt; Olga Issaenko, PhD
&gt;&gt;
&gt;&gt;
&gt;&gt; -----Original Message-----
&gt;&gt; From: JMC2 [mailto:JMC2@umn.edu]
&gt;&gt; Sent: Wednesday, August 25, 2010 10:18 AM
&gt;&gt; To: Olga Issaenko
&gt;&gt; Cc: mbazzaro@umn.edu
&gt;&gt; Subject: FW: Manuscript ID jm-2010-00589p Revision Requested
&gt;&gt;
&gt;&gt; Dear Dr. Issaenko:
&gt;&gt;
&gt;&gt; You were not listed as an author on the original or revised manuscript.
&gt;&gt; Therefore, the manuscript will continue to be processed as usual.  We
&gt;&gt; cannot provide you with any information on this manuscript or further
&gt;&gt;
&gt; submissions.
&gt;
&gt;&gt; Sincerely,
&gt;&gt;

>>
>> Sandy K. Dewing, Editorial Assistant
>> Journal of Medicinal Chemistry
>> 612-624-6184 telephone
>> 202-513-8609 fax
>> e-mail: jmc2@umn.edu
>>
>>
>> From: Olga Issaenko <issaenko@msn.com>
>> Date: Tue, 24 Aug 2010 17:55:41 -0500
>> To: 'JMC' <JMC@umn.edu>
>> Subject: RE: Manuscript ID jm-2010-00589p Revision Requested
>>
>> Dear Ms. Tuite,
>>
>> I wanted to state that the matter of my co-authorship is not resolved
>> between me and the corresponding author. I would like to clarify to
>> you that I never been asked by Dr. Bazzaro to remove my name from the
>> pending manuscript, and I never said that I would like my name to be
>>
> removed.
>
>> I have not received any correspondence on this matter yet, and
>> therefore I will appreciate if you keep me posted.
>>
>> Sincerely,
>> Olga Issaenko, PhD
>>
>>
>> -----Original Message-----
>> From: JMC [mailto:JMC@umn.edu]
>> Sent: Monday, August 23, 2010 10:55 AM
>> To: Olga Issaenko
>> Cc: mbazzaro@umn.edu
>> Subject: Re: Manuscript ID jm-2010-00589p Revision Requested
>>
>> Dear Dr. Issaenko:
>>
>> I have cc'ed the corresponding author, Dr. Bazzaro, regarding your
>>
> request.
>
>> Please note that we can only deal with the corresponding author
>> regarding manuscript requests. However, we do require written
>> approval from a co-author if that person's name is removed from the
>> manuscript in the middle of the whole process.
>>
>> Therefore, I will put the revised manuscript on hold until this

>> matter is resolved.
>>
>> Sincerely,
>>
>> Marilee Tuite
>> Editorial Assistant
>> Journal of Medicinal Chemistry
>> 612-624-6184 telephone
>> 202-513-8609 NEW fax
>> jmc@umn.edu
>>

>> -----Original Message-----
>> From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
>> Sent: Friday, June 25, 2010 3:47 PM
>> To: issae001@umn.edu
>> Subject: Fwd: Manuscript ID jm-2010-00589p Revision Requested
>>
>> Olga,
>>
>> the J.Med. Chem. manuscript came back with some comments, which are
>> after all not too bad.
>> Here are the comments.
>> While you are among the authors some how it seems I have forgot to
>> put your name in the title of the copyright form before I signed it.
>> I
>>
> apologize.
>
>> Martina
>>
>>

EXHIBIT 18

**From:** Olga Issaenko [mailto:issaenko@msn.com]
**Sent:** Friday, August 27, 2010 7:04 AM
**To:** carso001@umn.edu
**Cc:** 'Frances Lawrenz'; 'Tucker W. LeBien'; yeexx006@umn.edu; jwschrankler@umn.edu; 'JMC';
porto001@umn.edu
**Subject:** Dr. Bazzaro: University of Minnesota Policy violation
**Importance:** High


Dear Dr. Carson,

It came to my attention (please see return receipt below) that my formal notification to you as Head of
Department was deleted by mistake without being read.
Therefore, I am sending it again.
I will appreciate if you acknowledge the receipt of my notice and take appropriate actions, and keep
me posted on development of the situation.
As previous letter contained some misspellings, I am sending corrected version below.


Sincerely,
Olga Issaenko, PhD



August 26, 2010                                          Olga Issaenko, PhD
                                                         issaenko@msn.com
                                                         (952)935-3364


Dr. Linda Carson
Head of Department
Obstetrics, Gynecology and Women's Health
University of Minnesota

Dear Dr. Carson:

I am notifying you of violation of official University of Minnesota Policy – Code of Conduct
http://www1.umn.edu/regents/policies/academic/Code_of_Conduct.html (subd. 7 and 8) by
employee of your Department, Dr. Martina Bazzaro.

Dr. Bazzaro was my supervisor during my work at the Masonic Cancer Center at the University
of Minnesota where I held a Scientist position (9/29/09-7/15/10).
During my work at the Masonic Cancer Center I conceived numerous ideas, designed, planned,
performed, analyzed and obtained images/graphs/pictures, interpreted results on multiple
projects. This intellectual and practical contribution/work was performed within and outside
normal working hours, and within and beyond my formal duties as a Scientist. I have original
data and correspondence proving this.

Results of my work were included in one manuscript submitted for publication in Journal of
Medicinal Chemistry( JMC), one manuscript in preparation (or already submitted for publication
in JMC or elsewhere) and 2 or 3 additional manuscript were planned in the future. In addition,
part of my research findings were included in the patent pending at the University of Minnesota

on behalf of Dr. Bazzaro. Dr. Bazzaro has never asked me to use my data for the patent nor she included my name into the pending patent.

I contacted JMC editors board on August 23rd to obtain a revised version of the manuscript (Manuscript ID jm-2010-00589p, final and working versions are attached) were I was one of the co-authors. Assistant editor informed me via e-mail (correspondence attached) that my name was removed from the co-authors list in the middle of the whole process. I stated to Dr. Bazzaro (via Journal of Medicinal Chemistry Assistant editor) that Dr. Bazzaro has never asked me to remove my name, and I never said I would like my name to be removed. I attached correspondence and documents proving that I was the co-author of this manuscript. Therefore, I requested my co-authorship to be reflected as fig. 1,4,5 and 6 were result of my ideas/work (contribution table is attached) or my data need to be removed from the manuscript. Nevertheless, Dr. Bazzaro insisted to proceed with publication without returning my name into the author's list and thus not acknowledging my co-authorship.

I contacted the leading Professor (last author) on this manuscript Dr. S. Khan (e-mail correspondence is attached). In our phone conversation Dr. Khan stated that he was extremely surprised to see my name to be removed and he strongly believes my contribution/authorship should be properly reflected. He intended to settle this matter with Dr. Bazzaro when he called her. Dr. Bazzaro stated to him that her personal relationship/matters influenced her decision on assigning my authorship (subd. 8 Code of Conduct) and thus refused to properly assign authorship credit to reflect my significant intellectual contributions, including: conception, design, and performance; analysis and interpretation; and manuscript preparation and critical editing for intellectual content (subd. 7 Code of Conduct).

I therefore request this matter to be investigated by your Office, and my authorship in current manuscript and corresponding patent, and all future publications to be properly assigned. If Dr. Bazzaro refuses properly assign my authorship, my research data (fig. 1, 4, 5 and 6 or any graphical modifications/representations of original data) and expression of my ideas need to be removed from the current manuscript and corresponding patent. I ask your Department and Office take under control and notify me in written on all current and future submissions of publications/patents of Dr. Bazzaro to monitor the use of my research findings/ideas and proper assignment of authorship.


Sincerely,
Olga Issaenko, PhD


Cc:
Dr. Frances Lawrenz, Associate Vice President for Research
Dr. Tucker LeBien, AHC Associate Vice President for Research
Dr. Douglas Yee, Director Masonic Cancer Center
Dr. Jay Schrankler, Director Office for Technology Commercialization, University of Minnesota
Journal of Medicinal Chemistry

**From:** Linda F. Carson [mailto:carso001@umn.edu]
**Sent:** Friday, August 27, 2010 6:48 AM
**To:** 'Olga Issaenko'
**Subject:** Not read: University of Minnesota Policy violation Dr. Martina Bazzaro
**Importance:** High


Your message

        To:     carso001@umn.edu
        Cc:     'Frances Lawrenz'; 'Tucker W. LeBien'; yeexx006@umn.edu;
                jwschrankler@umn.edu; 'JMC'; porto001@umn.edu
        Subject:   University of Minnesota Policy violation Dr. Martina Bazzaro
        Sent: 8/26/2010 9:21 AM

was deleted without being read on 8/27/2010 6:47 AM.

EXHIBIT 19

# UNIVERSITY OF MINNESOTA

*Twin Cities Campus*

*Office of the Department Head*

*Department of Obstetrics, Gynecology and Women's Health Medical School*

*Mayo Mail Code 395*
*420 Delaware Street S.E.*
*Minneapolis, MN 55455*
*612-626-3111*
*Fax: 612-626-0665*

September 10, 2010

Olga Issaenko, PhD
3700 Westmark Drive
Minnetonka, MN 55345-2245

Dear Dr. Issaenko:

This letter is written in response to your e-mail to Dr. Linda Carson on August 26, 2010 and represents our consensus opinion on the issues based on our examination of all of the evidence. You have brought up several concerns.

1. *Authorship on Journal of Medicinal Chemistry manuscript* – The manuscript "α,β-Unsaturated Carbonyl System of Chalcone-Based Derivatives is Responsible for Broad Inhibition of Proteasomal Activity and Preferential Killing of HPV-Positive Cervical Cancer Cells" is currently under review. If this manuscript is accepted for publication, you will be included as a co-author if the following conditions are met:
   a. You will be provided a copy of the accepted manuscript and have 48 hours to review it. If you do not respond within 48 hours or do not agree with publication of the accepted manuscript, such response will be considered as declining authorship.
   b. By agreeing to be a coauthor, you are explicitly approving the publication of the accepted manuscript. Further, you are granting proxy to Dr. Bazzaro and only Dr. Bazzaro, to communicate with the editorial office for final approval.
   c. Your inclusion as a coauthor is subject to the final decision by the Editor and the journal's editorial policy.

2. *Authorship on future publications* – There are published guidelines established at University of Minnesota and most scientific journals for authorship on any publication. Decisions on authorship are under the authority of the senior author/PI/Head of the laboratory. In this case, the final decision about the intellectual contributors rests with Dr. Bazzaro. If she felt you should be included as a co-author on any future publications, you would be contacted. However, the fact that you were an employee in her laboratory who generated data that could be used in future manuscript submissions does not entitle you to authorship, nor does it obligate Dr. Bazzaro to include you as a co-author.

3. *Inventor on submitted patent application* – Your intellectual contribution to this project was not deemed sufficient to include you as an inventor on the submitted patent. Furthermore, Johns Hopkins University is the lead institution in pursuing this intellectual property.

4. *Data ownership* - It has been brought to our attention that you are sending or presenting preliminary data to individuals that are not part of Dr. Bazzaro's laboratory. First, these are preliminary data needing further confirmation and replication. They are not suitable for publication or communication in any form, including grant applications. Second, these data are not owned by you; they are the property of Dr. Bazzaro and, ultimately, the University of Minnesota. You are not permitted to share these data with any other individuals without written approval from University of Minnesota.

This letter is your formal and final notification that the Department of Obstetrics, Gynecology, and Women's Health, the Masonic Cancer Center, the Academic Health Center and the Office of the Vice President for Research at University of Minnesota have reviewed your concerns and that they are completely addressed above. Dr. Lawrenz will contact the Journal to ask them to reopen the review process.

Sincerely yours,

Linda F. Carson, M.D., F.A.C.O.G.
Professor and Head
Department of Obstetrics, Gynecology,
and Women's Health

Douglas Yee, M.D.
Director, Masonic Cancer Center

Frances Lawrenz, Ph.D.
Associate Vice President for Research
Office of the Vice President for Research

Tucker LeBien, Ph.D.
AHC Associate Vice President for Research

-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Friday, September 10, 2010 9:03 AM
To: 'JMC2'
Subject: RE: Jm-2010-00589p dispute

Dear Ms. Dewing,

I spoke to Dr. Carol Lange, faculty mentor of Dr. Bazzaro of the Cancer Center who said that Dr. Bazzaro admitted her fraudulent actions, and that I will be granted the co-authorship in JMC manuscript. She also said that what will happen now is that Dr. Bazzaro will 'just call to the journal and say that your name will be 3 co-author, so manuscript will not be longer on hold'.

I checked on this with Dr. Lawrenz, Associate Vice President for Research, and I received the response below from her. Therefore, I wanted to check with you on the status of the manuscript. Also, believe I should see the revised version before the paper goes in press, and make sure that my name is present in both, the title of the manuscript and the copyright form.
Please make sure, Dr. Bazzaro complies.

As concerning all future publications of my research findings, I have reserved all my authorship rights. Since there is another manuscript in preparation/already submitted for the JMC, where I suppose to be the first author, and Dr. Bazzaro the last/corresponding author, I would appreciate if you keep me posted on this/further submission(s) as well.

Thank you,
Olga Issaenko, PhD


From: Frances Lawrenz [mailto:lawrenz@umn.edu]
Sent: Friday, September 10, 2010 8:46 AM
To: Olga Issaenko
Subject: Re: JMC paper

As far as I know, definitive decisions have not been made.  My belief is that the paper is on hold until they receive 'official' authorship notice from the U--which I believe would be me.  Frances


--------
On Fri, Sep 10, 2010 at 8:09 AM, Olga Issaenko <issaenko@msn.com> wrote:
Frances,

On Tuesday, when I spoke to Dr. Carol Lange (faculty mentor of Dr. Bazzaro), she did say that Dr. Bazzaro admitted her fraudulent actions, and that I will be granted the co-authorship in JMC manuscript. She further said that what will happen now is that Dr. Bazzaro will 'just call to the journal and say that your name will be 3 co-author, so manuscript will not be longer on hold'. I did not contact the journal yet to check on the status of the manuscript but I believe I should see the revised version before the paper goes in press. Therefore, I wanted to coordinate my actions with you on this regards.

Thank you,
Olga

-----Original Message-----
From: JMC2 [mailto:JMC2@umn.edu]
Sent: Wednesday, September 01, 2010 2:52 PM
To: mbazzaro@umn.edu; Olga Issaenko
Subject: Jm-2010-00589p dispute

Dear Drs. Bazzaro and Issaenko:

After speaking with an attorney from the publisher, we have been advised to put the manuscript on hold pending the outcome of the University of Minnesota's investigation.

I am happy to cooperate with the University in any way that does not violate the Journal's policies.

Sincerely,


Sandy K. Dewing, Editorial Assistant
Journal of Medicinal Chemistry
612-624-6184 telephone
202-513-8609 fax
e-mail: jmc2@umn.edu

EXHIBIT 20

**From:** Frances Lawrenz [mailto:lawrenz@umn.edu]
**Sent:** Tuesday, October 12, 2010 9:55 AM
**To:** Olga Issaenko
**Cc:** Doug Yee; Fred Owusu; Linda Carson; Melissa Daufelt; Tucker LeBien; roden; Khan, Saeed R (CDER); bitte001; Carol Lange
**Subject:** Re: Your decision

Here is the U policy on authorship. There are also guidelines published by the following groups and generally each journal has guidelines as well. frances

University of Minnesota Board of Regents Policy: Code of Conduct (Section III. Standards of Conduct, Subd. 7 - see last bullet point):
"- fairly assign authorship credit on the basis of an appropriate array of significant intellectual contributions, including: conception, design, and performance; analysis and interpretation; and manuscript preparation and critical editing for intellectual content."

International Committee of Medical Journal Editors (ICMJE)
American Psychological Association (APA)
Council of Science Editors, CSE Task Force on Authorship
Uniform Requirements for Manuscripts Submitted to Biomedical Journals (Rev. 2008)
The Vancouver Group

On Mon, Oct 11, 2010 at 8:58 PM, Olga Issaenko <issaenko@msn.com> wrote:

Dear Dr. Yee,

I will review the letter. However, I am not sure Mr. Owusu as HR representative will be able to help much with matters of authorship.

As to your claim that I sent original data to Dr. Khan and Dr. Roden, I believe you should know that:

1. Dr. Roden is a former professor of Dr. Bazzaro, and it is in his lab the 3-years long work on this manuscript has started where Dr. Bazzaro was a visiting scholar.

2. Dr. Khan is an inventor on the patent and the 'owner' of the compounds, including the leading compound referred as RA-1 (or K-59) in the submitted manuscript.

3. Dr. Bazzaro has on-going collaboration with this group, and both Professors are main authors on this manuscript. I was present during the phone conversation of Dr. Bazzaro and Dr. Roden, and I was asked for details on experiments at that time, as regarding the data included into the manuscript. Dr. Bazzaro continues to use Dr. Roden's lab as a source of this and all other compounds she is using in her research.

4. The copy of illustration of the data that were sent to Drs. Roden and Khan (clonogenic test and graph of apoptosis) were first presented by me to Dr. Bazzaro on April 23, 2010 via e-mail. During the meeting on the following Tuesday (4/27/10) Dr. Bazzaro commented that these pictures are beautifully done but she is not sure of the meaning of the data, and what exactly clonogenic test is about, and what it tells us. I explained her the meaning of the data, and asked to include it into the manuscript. Dr. Bazzaro stated that

'clonogenic test and FACS analysis of cell cycle and apoptosis do not provide information on the effect of the tested compound on the cell growth and proliferation of cancer cells'. Nevertheless, she stated that she will forward this data to the consideration of two main authors, Dr. Roden and Dr. Khan to seek their advice, same as my proof of the manuscript draft. One week later Dr. Bazzaro said that both Dr. Roden and Khan were impressed with the idea about the synergy and the data, and are now submitting the grant on this, but publication should go first. When I asked if these latest data will be included into manuscript, Dr. Bazzaro responded: 'This is none of your business what data will be included into the manuscript'.

5.   On August 23rd illustrations of the data that were previously disclosed to Drs. Khan and Roden by Dr. Bazzaro, were copied to them by me as a proof that it was me who originally conceived the idea and the data about the effect of their compound which by Dr. Bazzaro's decision were not included into the manuscript. I copied them these pictures which they did see before and received them originally from Dr. Bazzaro, so to obtain their support when the question about my co-authorship arose.

As you can probably see by now, there is another side to the story and this is why I asked for a meeting with you to provide you with more details on the matter, and my request was ignored by you.

I believe that without knowing the situation in full details, you came to the wrong conclusion, and the following decision. Why Ms. Daufelt now accusing me of misrepresentation and 'stealing the data' and presents it this way to my potential employers who are listening to her official opinion and then refuse my employment after all?

Once again, this decision based on wrongful accusations and affects my reputation, and also now is actively used by Human resources to prevent me from obtaining the job at the Cancer Center and the University. This is why I asked you if Ms. Daufelt expressed your, as a Cancer Center Director, position that these unverified facts and decision based on them are the good cause to refuse my employment at the Cancer Center and the University. I believe you understand the situation to its fullest extent, and what consequences it has to my reputation, career in science, and life. This is why I asked to remove the decision based on unverified facts from my personnel record.

Finally, I would appreciate the information/links regarding your statement: *Authorship on future publications* – There are published guidelines established at University of Minnesota and most scientific journals for authorship on any publication. I would like to review these University of Minnesota guidelines.

Thank you,

Olga

**From:** Doug Yee [mailto:yeexx006@umn.edu]
**Sent:** Monday, October 11, 2010 5:01 PM
**To:** Olga Issaenko
**Cc:** 'Fred Owusu'; Linda Carson; Melissa Daufelt; Tucker LeBien; Frances Lawrenz
**Subject:** Re: Your decision

Dear Dr. Issaenko:

1. The letter was written in direct response to your e-mail to Dr. Carson on August 26, 2010 where you stated:

I therefore request this matter to be investigated by your Office, and my authorship in current manuscript and corresponding patent, and all future publications to be properly assigned. If Dr. Bazzaro refuses properly assign my authorship, my research data (fig. 1, 4, 5 and 6 or any graphical modifications/representations of original data) and expression of my ideas need to be removed from the current manuscript and corresponding patent. I ask your Department and Office take under control and notify me in written on all current and future submissions of publications/patents of Dr. Bazzaro to monitor the use of my research findings/ideas and proper assignment of authorship.

We honored your request to investigate the matters brought up in your e-mail. We provided you with a written response as you requested. You have chosen not to accept or read the letter, but it will remain in your file. You are free to rebut the contents of the letter if you chose to read it.

2. On or around August 23 you sent data to Drs. Roden and Khan via e-mail. Dr. Roden forwarded this communication to Dr. Bazzaro. It does not appear that you had asked or received Dr. Bazzaro's permission to send these original data. This is a separate matter from the issue of authorship. In your e-mail to Drs. Roden and Khan you stated:

Below are another piece of my data on my recent idea about synergy between PS341 and K-59 (RA1) as relevant to pending manuscript besides fig. 1,4, 5 and 6.

This statement suggests that you sent additional data that were not contained in the manuscript.

3. You are free to read the letter and provide a rebuttal to any or all of these points. I'm sure that such a rebuttal could be included in your personnel file. Mr. Owusu could provide further advice regarding this issue.

Sincerely yours,

Douglas Yee, M.D.


At 02:27 PM 10/11/2010, Olga Issaenko wrote:

Dr. Yee,

1.    I spoke to Mr. Owusu, AHC HR Director, who said that the letter in response to my notification to the Department on the University of Minnesota policy violation by Dr. Bazzaro was placed into my personnel file 3 months after termination of my employment at the Cancer center. It was done based on your written request stating that I have reviewed the decision and agreed to it. I did not review the decision, and saw only draft of it. I have never stated that I agree

to this decision. I have not been informed in advance that this decision will be enclosed into my personnel file (there was no 'cc: Personnel file' line on the draft of the decision). This decision is based on misrepresentation and false allegations, it harms my reputation and affects my rights and my chances to secure the job. Moreover, my original notification to Department about University of Minnesota Policy violation is not placed into my file or Dr. Bazzaro's personnel files, and thus there is only 'one side of the story' and it is based on false allegations. Moreover, I did not ask for any decision, and I was not given a chance to present my side of the story, and after all I asked to disregard my notification to the Department, so not to harm anyone. I understand your fullest cooperation and desire to hel and protect Dr. Bazzary, but why I am now the person who is blamed and accused of something I did not commit?

2.     I am currently being accused by HR (Ms. Daufelt) of misrepresentation, stealing and sharing data, and this is based on the decision that you made. Human resources (Ms. Daufelt) claims to me: "You can apply for a job as much as you would like but you will never be hired here. University is not the only place for you to work". I assume Ms. Daufelt expresses official Cancer Center and the University opinion on this regard as being official HR representative. If this is correct, I would like to hear from you. The reason for this statement, according to Ms. Daulfelt, is that none of the information in my notification to the Department was confirmed, there was no University policy violation, and thus I misrepresented. Why is then I was granted the co-authorship?

3.     HR refers all potential supervisors to this letter, and since information in this letter is not based on real facts, and represents only one side of the story, and there is no my original notification to the department of the policy violation in the file, this letter misleads potential supervisors. This resulted in refusal to provide me an employment by one of the PI's at the Cancer Center who have sent me e-mail offering a job previously. This never has ended with formal offer letter because of the input provided by HR and the decision made by Dr. Yee and signed by you and others.

Here, I am asking you to review this situation in #1-3 above, and explain why this decision being placed into my personnel file per your order, so it affects my reputation and my chances to secure the job. Once again, I have never had a chance to meet with you and disclose the matter, although I did ask about this in written. Thus, I ask this letter to be removed from my file.

Finally, the draft of the decision (I never saw the decision per se) refers to some 'published guidelines' on authorship. It doesn't specify where these guidelines are published. My only knowledge of published guidelines is a University of Minnesota Policy and federal laws, which were violated. Since you are the person who made a decision, I would appreciate if you provide me links where these guidelines are published, and which are different from the University of Minnesota policy and federal laws.

Thank you, Olga

resources people are involved in scientific matter, they should not be. I will appreciate if you forward this to me. Thank you.

Richard Roden
Professor
Department of Pathology
The Johns Hopkins University
CRB2, Room 308
1550 Orleans Street
Baltimore, MD 21231, USA
TEL: (410) 502 5161
FAX: (443) 287 4295
Email: roden@jhmi.edu

-----Original Message-----
From: Olga Issaenko [mailto:issaenko@msn.com]
Sent: Tuesday, August 24, 2010 3:28 PM
To: Richard Roden
Subject: FW: Manuscript ID jm-2010-00589p Revision Requested

Dear Dr. Roden,

I would like to acknowledge that I have received a receipt that my previous e-mails regarding the Manuscript ID jm-2010-00589p submitted to Journal of Medicinal Chemistry were read by you. Since you are one of the leading researchers and also a former professor of Dr. Bazzaro, I was hoping to hear your professional opinion regarding my authorship in this manuscript, as again, I was the  author of idea about the synergy between PS341 (bortezomib) and K-59 (RA-1), and also 4 out of total 7 figures are based on results of my ideas/design and experimental work.

I would appreciate your professional opinion.
Best regards,
Olga Issaenko, PhD

Dear Martina,

I have no question about your lab matters. I have nothing to do with Olga, she was your tech.I already wrote her not write me any lenthy email letters etc. I do not have time for all this. I

understand you position very well. Please carry on with your
research. Thanks
Dr. Khan

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Wednesday, August 25, 2010 11:49 AM
To: Khan, Saeed R (CDER)
Cc: Melissa Daufelt
Subject: Re: Fwd: events

Hi Dr. Khan,

I will repeat myself once more RE Olga's topic.
She was a technician in my laboratory from which she was fired
for reasons
that in respect of her privacy and in the interest of your time I
will not
share.
While from the outside and perhaps to you it may seem a matter of
"who is
right who is wrong" I want to present you with some facts.
Olga was fired with cause from my laboratory, following an in
depths
investigation that involved an exchange of informations and
documents
between me the HR and the University Police the
 Office for Human Resources and the Police felt that because of
her non
trustworthy and potentially dangerous behavior Olga is not to
communicate
directly with me nor come anywhere near me, my experiments or my
laboratory. A non-trespassing order is ready for her if she does
not comply
with the above.
I have learn the hard way that reasonable communication with Olga
is not
possible and that she has the urge of harassing whoever has the
curtesy,
the duty or the inexperience (like in my case) of engaging in any
type of
conversation with her. I have also learn that her work ethic has
to be
questioned as she has send to other investigators data that
belong to my

laboratory, are UM property, and most importantly have not been validated
and in some cases have been proved to be completely wrong and not reproducible.

I hope this explain my position and that you will take my advice not to
waste any more time with Olga so we can move on with more interesting and
productive activities, not last the publication of our next manuscript.

I am cc this e-mail to Mrs. Melissa Daufelt who is the representative at
the Office for Human Resource at the University of Minnesota who has
followed the Olga's case. I am sure she will be willing to answer your
questions on the matter if you have any.

Thank you.
Martina

Martina,
FYI...

Michael

------ Forwarded Message
From: Olga Issaenko <issaenko@msn.com>
Date: Sun, 5 Sep 2010 07:34:04 -0500
To: Michael Lee <mklee@umn.edu>

Michael, can we possibly talk? Olga 952-935-3364

------ End of Forwarded Message

There is a sentence in the second paragraph about how she will follow your
career for 7 years - c.

EXHIBIT  21

-----Original Message-----
From: Martina Bazzaro [mailto:mbazzaro@umn.edu]
Sent: Friday, April 23, 2010 7:59 PM
To: Olga Issaenko
Subject: Re: clones

This pics are beautifully done.
I am just confuse RE what they are. You probably told me already about it but I forgot what is it in the
first well and second and so on.
Thank you
Martina


Sent from my iPhone

On Apr 23, 2010, at 6:49 PM, "Olga Issaenko" <issaenko@msn.com> wrote:

> Hi there,
>
>
>
> Do you believe in what you have said that it is not all about the
> money? If so, see attached.  Sorry for quality – it is just a scan, I
> don't have a scope at home. Caski didn't form good colonies (actually,
> they did but the dose was too high), so if you want to ha ve pict for
> this cell line, let me know by Monday and I will plate a  bit more and
> change a dosage, so I can have good image for that cel l line too. Or
> the attached ones (SiHa and HeLa) should do? Are we g oing to talk
> science on meetings only from now on? What is the messa ge here? I
> kinda like to be clear on this.
>
>
>
> Olga
>
>
>
>
>
> <SiHa_PS5_K59_1_8days_10000perwell.jpg>
> <HeLa_PS5_k59_1_8days_1000perwell.jpg>

EXHIBIT 22

&lt;roden@jhmi.edu&lt;mailto:roden@jhmi.edu&gt;&gt;
Subject: Manuscript ID jm-2010-00589p

Dear Dr. Khan and Roden,

Below are another piece of my data on my recent idea about synergy between
PS341 and K-59 (RA1) as relevant to pending manuscript besides fig. 1,4, 5 and 6.
At this point I am not sure whether Dr. Bazzaro did not include these data into the pending
manuscript because she wanted to use these particular data (which are below) for future
studies/manuscripts. Although, I did point out to her that these data below that are based on
my idea and obtained by me will further clarify the biological significance of synergy
between tested compounds, and upon obtaining data on rodent xenograft model will constitute
the higher level publication.
I am therefore sharing these data of mine with you.
Top 2 images - is clonogenic test on plastic with 2 different cell lines:
HeLa and SiHa. Bottom row from left to right: mock, PS341, K-59. Top row left well -
combination of PS341+K-59. These results are amazing!
Bottom image - FACS analysis data that I obtained as relevant to fig6 (photograph of dying
cells).

For the past month in Dr. Bazzaro¹s lab and also while she was out of country, I took
initiative working with other compounds from Hopkins for which I am attaching partial data
where I tested their ability to affect the proteasomal activity.  I provided these data to
Dr. Bazzaro upon her return, and she intended to publish it and patent in the near future. I
am not sure at this moment whether she will acknowledge my/your authorship.

My further investigations showed that some of these compounds, specifically AM-146, RA-9 and
KVI-14, have very specific activity to inhibit deubiquitinating enzyme(s), specifically UCH-
L3, and possibly others of USP family. I have provided all data to Dr. Bazzaro on this when
she returned from her vacation. I developed the idea, methods, assays, obtained the data,
analyzed and plotted them for her, and explained the significance. All biological effects of
these compounds in a panel of cervical, ovarian and breast cancers also were described by me
and I have all data available, and also provided and explained them to Dr. Bazzaro.

Upon acquiring the data, Dr. Bazzaro terminated my job without any explanations, and refused
from any, including scientific, contacts. I believe the intention regarding these data are
very clear - to publish/patent these data under Dr. Bazzaro¹s sole authorship, as these
compounds display unique and so far not available in pharmacy capacity to inhibit DUBS
activity. I am not sure Dr. Bazzaro will include my/your names as co-authors.

I would therefore appreciate if you have any knowledge of further use of my research
ideas/findings, so it will be reflected in my resume and  hopefully facilitate my job search
which is actively blocked by Dr. Bazzaro at this current moment. Finally, I regret this
situation is damaging to reputation of Dr.Bazzaro here at the University of Minnesota, and in
general among the scientific community as it is against any ethics. I hope you will find my
research data interesting and promising.

Sincerely,
Olga Issaenko, PhD

[cid:image002.png@01CB42F0.7CCC2910]
[cid:image004.png@01CB42F0.7CCC2910]
[cid:image006.png@01CB42F4.D45254D0]

------ End of Forwarded Message

**Fred Owusu**

| | |
|---|---|
| **From:** | Martina Bazzaro [mbazzaro@umn.edu] |
| **Sent:** | Monday, August 23, 2010 8:18 PM |
| **To:** | Melissa Daufelt; Fred Owusu |
| **Subject:** | Law suit |

Melissa and Fred,

Unfortunately what I thought it was going to happen happened indeed.
Olga is distributing unpublished data from my laboratory to other investigators. This are
data that she has generated under my supervision and while I was paying her a salary.
Again these are unpublished data that she has no right what so ever to distribute. She has
performed the experiments under my guidance and now she is pretending this are her data and
she can do whatever she wants with it including distributing her to other investigators.

This action that she has taken has definitely an impact on my research program and I want to
University to assist me in proceeding with a law suit against her.

Please let me know what are the necessary steps that I need to take or if there is somebody
else that I have to contact in this regard.

As I mentioned to Melissa I will be travelling for the next three days. But I can be reached
via e-mail or on my cell phone at

Thank you
Martina


------ Forwarded Message
From: Richard Roden <roden@jhmi.edu>
Date: Mon, 23 Aug 2010 20:29:24 -0400
To: Martina Bazzaro <mbazzaro@umn.edu>
Subject: Fwd: Manuscript ID jm-2010-00589p


Sent by my iPhone
Richard Roden
Dept. Pathology
Johns Hopkins university
Room 308, crb2
1550 Orleans st.
Baltimore MD 21231
Tel:410-502-5161
Fax:443-287-4295
Cell:301-906-2682

Begin forwarded message:

From: "Olga Issaenko" <issaenko@msn.com<mailto:issaenko@msn.com>>
To: "saeed.khan2@fda.hhs.gov<mailto:saeed.khan2@fda.hhs.gov>"
<saeed.khan2@fda.hhs.gov<mailto:saeed.khan2@fda.hhs.gov>>, "Richard Roden"

1

EXHIBIT  23

-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Wednesday, June 23, 2010 4:54 PM
To: Olga Issaenko
Subject: RE: DUBS data

As I told you before I am aware of the meaning of the data.
We have been throught the data during the last laboratory meeting held in my office Wednesday of the last week. As far as the rest what I did say is that once I do draf the manuscript it will be available to you as early draft for you to fill it in. This is in my opinion the most efficient way to write a manuscrip which is to prepare a very rough draft of it and work with it. And yes I am the one that is going to prepare the first draft of it.
Martina


-----Original Message-----
From: mbazzaro@umn.edu [mailto:mbazzaro@umn.edu]
Sent: Wednesday, June 23, 2010 9:09 AM
To: Olga Issaenko
Subject: Re: DUBS data

I am aware of the meaning of the data. Let's have a meeting early next week when you come back from vacation RE the paper. As you stated you do not know which data I intend to put in therefore It is premature and quite frankly insulting from you to assume I would put unreliable data on a paper. If after the meeting you still do not want to co-author the paper that is up to you.
Martina


-----Original Message-----
From: Martina Bazzaro [mailto:mbazzaro@umn.edu]
Sent: Wednesday, June 23, 2010 10:40 AM
To: Olga Issaenko
Subject: Laboratory meeting

Olga, please suggest a date next week where we can have a laboratory meeting and discuss the data to put in the paper.
Thank you.
Martina

-----Original Message-----
**From:** Martina Bazzaro [mailto:mbazzaro@umn.edu]
**Sent:** Friday, June 25, 2010 3:20 PM
**To:** Olga Issaenko
**Subject:** Re: next week

Meeting RE the data to put in the manuscript is a priority.
You bringing back to the laboratory the notebook that you have at home is a priority.
Proper labeling of the WB samples is a priority (it that it would make it possible for me to individuate them and track down to which experiments they correspond).
It is unclear to me based on what you are assuming only that the meeting is for Thursday 10 am. Isn't it what we have already decided?
Thank you
Martina

**From:** Olga Issaenko [mailto:issae001@umn.edu]
**Sent:** Monday, July 12, 2010 1:08 PM
**To:** 'mbazzaro@umn.edu'
**Subject:** WB

Martina,

Here are a couple of things I wanted to ask:
What is the title for the 'DUBS' paper? I need to put in into my CV.
Also, could you e-mail me pictures of the WB that were in yellow inter-dept. envelope in the lab – blots that were assembled on white sheets of paper. As I told you, I was going to take them home to scan, and didn't have a chance.
This includes –
P53 –co-ip film;

Western blots films:
- Ubiquitin
- Actin
- P53
- MDM2
- P27

- cycD1
  All these films are for both – KVI14 and RA-9 compounds

I am not asking for original films. Decently scanned images (300pxl resolution, tiff or jpeg) will work. I need this for the presentation.

I will appreciate if you could e-mail me those images  and title for the paper.

Thank you,

Olga

EXHIBIT 24

* * *  COMMUNICATION RESULT REPORT ( JAN. 28. 2011  4:03PM ) * * *

FAX HEADER:  MANSFIELD TANICK CHN

| TRANSMITTED/STORED : JAN. 28. 2011  4:02PM | | | RESULT | PAGE |
|---|---|---|---|---|
| FILE MODE | OPTION | ADDRESS | | |
| 998  MEMORY TX | | 6126269624 | OK | 6/6 |

----------------------------------------------------------------------------

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL       E-2) BUSY
E-3) NO ANSWER                  E-4) NO FACSIMILE CONNECTION

*MANSFIELD TANICK & COHEN, P.A.*

*Attorneys at Law*
1700 Pillsbury Center
220 South Sixth Street
Minneapolis MN 55402-4511
Telephone: 612/339-4295
FAX Telephone: 612/339-3161
www.mansfieldtanick.com

## FAX TRANSMISSION SHEET

DATE:      January 28, 2011

TO:        Ms. Shelley Watson                    FAX: 612-626-9624

FROM:      Susan H. Stephan, Esq.

RE:        Olga Issaenko

TOTAL PAGES INCLUDING THIS COVER PAGE:      6

ORIGINAL TO FOLLOW BY MAIL:      Yes

If you have not received the entire document please
call 612/339-4295 as soon as possible.

CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

THE ENTIRE ATTACHMENT TO THIS TELECOPIER COVER LETTER AND THE CONTENTS THEREOF ARE CONFIDENTIAL, ARE INTENDED ONLY FOR THE USE OF THE ABOVE-NAMED INDIVIDUAL OR ENTITY, AND MAY BE SUBJECT TO THE ATTORNEY/CLIENT PRIVILEGE AND/OR THE ATTORNEY WORK PRODUCT PRIVILEGE. THE SENDING OF THIS COMMUNICATION BY TELECOPIER IS NOT INTENDED AS A WAIVER OF ANY PRIVILEGES LISTED ABOVE. IF YOU, AS THE READER OF THIS COVER LETTER, ARE NOT THE INTENDED RECIPIENT OF THIS COVER LETTER AND THE ATTACHED INFORMATION, YOU ARE HEREBY NOTIFIED OF YOUR OBLIGATION TO DELIVER IT TO THE INTENDED RECIPIENT WITHOUT READING THE ATTACHEMENTS YOURSELF OR DISSEMINATING ANY OF THIS COMMUNICATION, INCLUDING THE ATTACHMENTS, TO ANY OTHER PERSON OR ENTITY. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN UNREAD THIS COVER LETTER AND THE ATTACHMENTS TO THE ABOVE ADDRESS VIA THE U. S. POSTAL SERVICE. THANK YOU.

561810

### MANSFIELD TANICK & COHEN, P.A.

**Attorneys at Law**
1700 Pillsbury Center
220 South Sixth Street
Minneapolis  MN  55402-4511
Telephone: 612/339-4295
FAX Telephone: 612/339-3161
www.mansfieldtanick.com

## FAX TRANSMISSION SHEET

DATE:     January 28, 2011

TO:       Ms. Shelley Watson          FAX: 612-626-9624

FROM:     Susan H. Stephan, Esq.

RE:       Olga Issaenko

TOTAL PAGES INCLUDING THIS COVER PAGE:     6

ORIGINAL TO FOLLOW BY MAIL:     Yes

If you have not received the entire document please
call **612/339-4295** as soon as possible.

### CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

THE ENTIRE ATTACHMENT TO THIS TELECOPIER COVER LETTER AND THE CONTENTS THEREOF ARE CONFIDENTIAL, ARE INTENDED ONLY FOR THE USE OF THE ABOVE-NAMED INDIVIDUAL OR ENTITY, AND MAY BE SUBJECT TO THE ATTORNEY/CLIENT PRIVILEGE AND/OR THE ATTORNEY WORK PRODUCT PRIVILEGE. THE SENDING OF THIS COMMUNICATION BY TELECOPIER IS NOT INTENDED AS A WAIVER OF ANY PRIVILEGES LISTED ABOVE. IF YOU, AS THE READER OF THIS COVER LETTER, ARE NOT THE INTENDED RECIPIENT OF THIS COVER LETTER AND THE ATTACHED INFORMATION, YOU ARE HEREBY NOTIFIED OF YOUR OBLIGATION TO DELIVER IT TO THE INTENDED RECIPIENT WITHOUT READING THE ATTACHMENTS YOURSELF OR DISSEMINATING ANY OF THIS COMMUNICATION, INCLUDING THE ATTACHMENTS, TO ANY OTHER PERSON OR ENTITY. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN UNREAD THIS COVER LETTER AND THE ATTACHMENTS TO THE ABOVE ADDRESS VIA THE U. S. POSTAL SERVICE. THANK YOU.

# Mansfield Tanick & Cohen P.A.

*Attorneys at Law*

Susan H. Stephan
612/341-1207 (DD)
sstephan@mansfieldtanick.com

**Via Fax (612) 626-9624 and U.S. Mail**:

January 28, 2011

Shelley Carthen Watson
Office of the General Counsel
University of Minnesota
360 McNamara Center
200 Oak Street
Minneapolis, MN  55455

Re:  Olga Issaenko

Dear Ms. Carthen Watson:

Enclosed please find a memorandum from our client, Dr. Olga Issaenko, for placement into her personnel file.  Dr. Issaenko also requests that you include in her file a copy of her original Notification to the Department on University of Minnesota Policy Violation (Code of Conduct) by Dr. Bazzaro.  Although the memo is addressed to Drs. Lawrence, Lebien, Yee and Carson, we have submitted it only to you, exercising the utmost of caution in light of the University's criticisms of Dr. Issaenko for communicating with various persons.

Please let us know whether Dr. Issaenko may distribute her memo to them or if you would like to do so.  If you believe the memo is more appropriately addressed to other, Dr. Issaenko would be happy to direct it to the appropriate individuals at the University who can respond to her concerns.

Dr. Issaenko is very concerned that the University of Minnesota respect and protect her intellectual property rights and that the University not act in a manner detrimental to her ability to secure continued and future employment.

1700 U. S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

*Branch offices in Saint Louis Park
and Saint Paul, Minnesota*

tel  612.339.4295
fax  612.339.3161
www.mansfieldtanick.com

*Member: Lawyers Associated Worldwide (LAW)*

*All attorneys licensed in Minnesota.
Attorneys also licensed in California,
District of Columbia, Florida, Illinois,
New York and Wisconsin.*



# Mansfield Tanick & Cohen P.A.

*Attorneys at Law*

Thank you for your assistance in this matter. Please contact me if you have any questions about this request.

Very truly yours,

MANSFIELD, TANICK & COHEN, P.A.

Susan H. Stephan

SHS/vid
MTC#: 580138
Enclosure

**MEMORANDUM**

TO:        Drs. Lawrence, Lebien, Yee and Carson

CC:        Shelley Carthen Watson; personnel file

FROM:      Olga Issaenko, PhD

DATE:      January 28, 2011

RE:        Letter of September 10, 2010

Thank you for your letter dated September 10, 2010, that spoke to the concerns that I set forth in an e-mail notification to the Depts. of ObGYN and Masonic Cancer Center on University of Minnesota Policy Violation (Code of Conduct) by Dr. Bazzaro dated August 26, 2010.

I am disappointed by the University's failure to engage in an investigation based on my concerns, but I understand that your written response represents your consensus opinions.

In order of your statements:

1. *Authorship on Journal of Medicinal Chemistry manuscript* - Despite the fact that your proposal for terms of my inclusion as a co-author on the manuscript "α,β-Unsaturated Carbonyl System of Chalcone-Based Derivatives Is Responsible for Broad Inhibition of Proteasomal Activity and Preferential Killing of Human Papilloma Virus (HPV) Positive Cervical Cancer Cells" contravenes the ethical and publication policies of the Journal of Medicinal Chemistry as set forth at http://pubs.acs.org/, I am prepared to accept your consensus decision in that regard. Although my authorship within that manuscript on the synergies between two compounds was ultimately not reflected as according to your decision (order of authorship), and some of my research findings were deliberately modified thus misrepresenting the work, and my data and figures that were used in the corresponding University of Minnesota/Johns Hopkins patent application were not recognized, I will defer to you on this one-time use of my research and intellectual property in the interest of moving forward.

2. *Authorship on future publications* - I am very concerned with the potential use of my contributions in future publications without the appropriate authorship credit.   Your representations in  Paragraph 2 of your September 10, 2010, letter do not reflect compliance the University of Minnesota's Policy on Authorship (Code of Conduct, subd. 7), nor are they proper under State and Federal intellectual property laws. Most of the digital data (personal files) that I shared with Dr. Bazzaro to be used on future publications, including my first author manuscript, in preparation: *Issaenko, Anchoori, Khan, Bazzaro "Novel small molecule inhibitors of de-ubiquitinating enzymes for breast, ovarian and cervical cancer treatment"*, were created on my personal home computer during my personal and un-paid time and not at the direction or knowledge of Dr. Bazzaro or any other University representative. As my supervisor, Dr. Bazzaro was provided with all my handwritten notebooks and digital raw and personal data files and images to assist in the advancement of our joint research, but this data and information

does not qualify as "work-for-hire" and does not belong solely to the University. To the extent that I am refused authorship on future publications, work associated with research grants or patent applications and/or the University attempts to prevent me from using my data and intellectual contributions in my own work, I expressly reserve all my rights and claims.

I have made every attempt to comply to the University of Minnesota Policy on Copyright which in Section III **'Guiding principles'** states:

> ".. The University encourages faculty and students to exercise their interests in ownership and use of their copyrighted works in a manner that provides the greatest scholarly and public access to their work" and section IV Copyright Ownership, subd.3 **'Written Acknowledgements**. The University and University faculty, other employees, and students shall execute necessary or desirable written instruments or agreements to evidence and protect ownership of copyright and copyright licenses consistent with this policy".

Consistent with this policy, I have submitted claims to the United States Copyright Office for the following works created by me:

> Total of three collections of digital files, consisting of manually entered numerical data tables, calculated averages and statistical analyses, plotted graphs, scanned images and pictures and author's descriptions of methods:
> - Collection one: Digital files on the synergistic effect of Bortezomib (PS341) and RA-1 (K-59);
> - Collection two: Digital files on the synergistic effect of Bortezomib (PS341) and Chloroquine, and Bortezomib (PS341) and SAHA (Vorinostat);
> - Collection three: "Novel small molecule inhibitors of de-ubiquitinating enzymes in breast, ovarian and cervical cancers" for the following compounds – AM146, RA-9, KVI-14 (RA-14), RA-7,KVI-15 (RA-15) and KVI-55 (RA-55).

While Dr. Bazzaro was presented all of these digital files to facilitate the publication of the research findings, I am expecting these files will now not to be used without my consent by any means (fully or partially copying, sharing, printing, modifying, etc.) and for any purposes, including research publications, patent applications and grant submissions. In this regard, I am asking your assistance in reviewing Dr. Bazzaro's recently submitted, and currently pending in SPA, RO1 grant application entitled "Novel small molecule inhibitors of de-ubiquitinating enzymes for cervical cancer treatment" as it might contain copyrighted material presented in the grant application without my consent. If Dr. Bazzaro would like to use any of my personal and copyrighted files for any work/purpose, I would appreciate a written request from the University to obtain the applicable permissions.

3. *Data ownership* – This is my greatest area of concern as it contains the implication that I inappropriately shared data with manuscript co-authors who were not part of Dr. Bazzaro's laboratory. I never presented or discussed data with anyone but authors of the corresponding manuscript(s) and/or patent(s) on which I was working at the time, nor did I share any information or data that had not been previously shared with the same co-authors by Dr. Bazzaro. I consider any communication that states or implies that I acted inappropriately or unethically regarding my work to be defamatory, and I expressly reserve all my rights and claims in that regard as well.

Thank you for the opportunity to respond to your letter. As long as your letter from September 10, 2010 is a part of my Personnel File and PeopleSoft entry, I would ask your assistance in placing this current rebuttal letter into my University Personnel File and my Human Resources file with the University of Minnesota as written record of my continuing concerns. I also would like to ask for your assistance to include into my File my original Notification to the Department on University of Minnesota Policy Violation (Code of Conduct) by Dr. Bazzaro in addition to this memorandum.

Sincerely,

Olga Issaenko, PhD

EXHIBIT 25

# UNIVERSITY OF MINNESOTA

*Twin Cities Campus*

*Academic Health Center*
*Senior Vice President for Health Sciences*

475 Children's Rehab Building
426 Church Street
MMC 501 Mayo
Minneapolis, MN 55455

Office: 612-626-3700
Fax: 612-626-2111
http://www.ahc.umn.edu/

December 18, 2012

**VIA EMAIL**

Mikhail V. Blagosklonny, M.D., Ph.D.
Editor in Chief, Cell Cycle
C/O Tara Barton, Managing Editor,
Landes Bioscience
1806 Rio Grande St.
Austin, TX 78701

Dear Dr. Blagosklonny:

I am writing regarding a matter of concern to the University of Minnesota, arising from the recent publication: "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes," by OA Issaenko and AY Amerik, *Cell Cycle* 11:9, 1804-1807: May 1, 2012.

The corresponding author of the publication, Dr. Olga Issaenko, was a staff member in the laboratory of Dr. Martina Bazzaro, a tenure track Assistant Professor in the Department of Obstetrics and Gynecology, University of Minnesota Medical School. Dr. Issaenko was employed in Dr. Bazzaro's laboratory from September 2009 until July 2010 in a civil service scientist position. Dr. Issaenko did not function as an independent investigator but rather worked under the direction of Dr. Bazzaro as Principal Investigator. Dr. Bazzaro and the University of Minnesota did not give Dr. Issaenko permission to use the data or materials from Dr. Bazzaro's laboratory for independent publication purposes. In fact, University officials explicitly informed Dr. Issaenko that she was not authorized to submit manuscripts based on research or materials from Dr. Bazzaro's laboratory.

Based on my review of the above referenced paper and my knowledge of the research reported by Dr. Issaenko, it is my opinion that a substantial portion of the data reported in the paper were generated in Dr. Bazzaro's laboratory. Therefore, on behalf of the University of Minnesota, I request that the Journal *Cell Cycle* review this matter and determine whether the published paper meets the journal's authorship and publication requirements in view of the information I have provided. Please contact me directly if you have any questions. Thank you for your attention to this matter.

Sincerely,

Tucker W. LeBien, PhD
Vice Dean for Research- Medical School
Associate Vice President for Research-
Academic Health Center
Professor of Laboratory Medicine/Pathology
University of Minnesota Medical School

cc: Douglas Yee, Director, Masonic Cancer Center
    Martina Bazzaro, Assistant Professor

**Driven to Discover**℠

Cell Cycle 12:9, 1–1; May 1, 2013; © 2013 Landes Bioscience

# Retracted manuscript:
# Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes

Olga A. Issaenko[1,2,*] and Alexander Yu Amerik[3]

[1]Russian Academy of Science; St. Petersburg, Russia; [2]University of Minnesota; Minneapolis, MN USA; [3]Brown University; Providence, RI USA

"Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" by Olga A. Issaenko and Alexander Yu Amerik has been retracted by the publisher. The first author's former institution, The University of Minnesota, reviewed the table and figures in the paper as well as laboratory materials from Dr Issaenko's time there and maintain that data from Table 1 and parts of Figures 1–6 were generated by Dr Issaenko while working as a staff member in the laboratory of Dr Martina Bazzaro from September 2009 to July 2010 and were used by Dr Issaenko without permission from Dr Bazzaro or the University.v

This manuscript has been published online, prior to printing. Once the issue is complete and page numbers have been assigned, the citation will change accordingly.

*Correspondence to: Olga A. Issaenko; Email: issaenko@msn.com
http://dx.doi.org/10.4161/cc.24800
Submitted: 04/23/13; Accepted: 04/23/13

EXHIBIT 26

Cell Cycle 12:10, 1–1; May 15, 2013; © 2013 Landes Bioscience

# Expression of concern

In the May 1, 2012 issue, *Cell Cycle* published "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" (http://dx.doi.org/10.4161/cc.20174), a Report by Olga A. Issaenko and Alexander Yu Amerik. The publishers now express a note of concern regarding this article. In October 2012, the first author claimed copyright infringement of her work by a competing researcher Dr. Martina Bazzaro of the University of Minnesota, in whose lab Dr. Issaenko was employed from September 2009 to July 2010. In return, the University of Minnesota performed a review of Dr. Bazzaro's laboratory materials from 2010 and claim ownership of data from Table 1 and parts of Figures 1–6. These claims have been denied, and the dispute is ongoing.

This manuscript has been published online, prior to printing. Once the issue is complete and page numbers have been assigned, the citation will change accordingly.

Cell Cycle 12:10, 1643–1643; May 15, 2013; © 2013 Landes Bioscience

# Expression of concern

In the May 1, 2012 issue, *Cell Cycle* published "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" (http://dx.doi.org/10.4161/cc.20174), a Report by Olga A. Issaenko and Alexander Yu Amerik. The publishers now express a note of concern regarding this article. The University of Minnesota claims ownership of data in this paper and reports that its faculty member, Dr Martina Bazzaro, alerted UMN officials to the fact that data published in the paper was generated during the time Dr Issaenko was a staff member/employee in the laboratory of Dr Bazzaro. University officials evaluated Dr Bazaaro's computer files and laboratory notebooks and maintain ownership of data from Table 1 and parts of Figures 1–6. Dr Issaenko disputes the University's claim of data ownership.

http://dx.doi.org/10.4161/cc.25018

Cell Cycle 12:16, 1978–1978; August 15, 2013; © 2013 Landes Bioscience

# Comment on Expression of Concern
# Cell Cycle Volume 12, Issue 10; p. 1643

Following the publication of an Expression of Concern (http://dx.doi.org/10.4161/cc.25018) regarding "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" in Volume 12, Issue 10, the University of Minnesota contacted the publishers, taking issue with the language of the statement and information therein that was deemed irrelevant to this matter.

The original statement reads as follows:
"In the May 1, 2012 issue, Cell Cycle published "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" (http://dx.doi.org/10.4161/cc.20174), a Report by Olga A. Issaenko and Alexander Yu Amerik. The publishers now express a note of concern regarding this article. In October 2012, the first author claimed copyright infringement of her work by a competing researcher Dr Martina Bazzaro of the University of Minnesota, in whose lab Dr Issaenko was employed from September 2009 to July 2010. In return, the University of Minnesota performed a review of Dr Bazzaro's laboratory materials from 2010 and claim ownership of data from Table 1 and parts of Figures 1–6. These claims have been denied, and the dispute is ongoing."

Following is the Expression of Concern suggested by the University:
"In the May 1, 2012 issue, Cell Cycle published "Chalcone-based small-molecule inhibitors attenuate malignant phenotype via targeting deubiquitinating enzymes" (http://dx.doi.org/10.4161/cc.20174), a Report by Olga A. Issaenko and Alexander Yu Amerik. The publishers now express a note of concern regarding this article. The University of Minnesota claims ownership of data in this paper and reports that its faculty member, Dr Martina Bazzaro, alerted UMN officials to the fact that data published in the paper was generated during the time Dr Issaenko was a staff member/employee in the laboratory of Dr Bazzaro. University officials evaluated Dr Bazaaro's computer files and laboratory notebooks and confirmed ownership of data from Table 1 and parts of Figures 1–6. Dr Issaenko disputes the University's claim of data ownership."

This conflict appears to extend past the bounds of this journal, and the publisher wishes to remain impartial. We leave it to the two parties involved to settle this matter in an appropriate venue.

http://dx.doi.org/10.4161/cc/25905